**DUPFILER**

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 18-33152

|  |  |
|---|---|
| *Date filed:* | 06/06/2018 |
| *341 meeting:* | 08/08/2018 |
| *Deadline for filing claims:* | 10/12/2018 |
| *Deadline for objecting to discharge:* | 09/24/2018 |
| *Deadline for financial mgmt. course:* | 09/24/2018 |

*Assigned to:* Jeff Bohm
Chapter 7
Voluntary
Asset

**Debtor**
**Michael Andrew McCann**
P O Box 66
Brazoria, Tx 77422
BRAZORIA-TX
979-299-4080
SSN / ITIN: xxx-xx-5319

represented by **Michael Andrew McCann**
PRO SE

**Trustee**
**Randy W Williams**
Thompson & Knight LLP
811 Main St.
Suite 2500
Houston, TX 77002
713-654-8111

represented by **Misty A Segura**
Cokinos Young
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, TX 77010
713-535-5500
Fax : 713-535-5533
Email: msegura@cokinoslaw.com

**U.S. Trustee**
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2018 | 🔵 1<br>(8 pgs) | Chapter 7 Voluntary Petition for Individuals . Receipt Number O, Fee Amount $335 Filed by Michael Andrew McCann . (BrendaLacy) (Entered: 06/06/2018) |

| | | |
|---|---|---|
| 06/06/2018 | 🔵 | Receipt Number 188072, Fee Amount $335.00. (Related document(s):1 Voluntary Petition (Chapter 7)) (BrendaLacy) (Entered: 06/06/2018) |
| 06/06/2018 | 🔵2 (1 pg) | Certificate of Credit Counseling (Filed By Michael Andrew McCann ). (BrendaLacy) (Entered: 06/06/2018) |
| 06/06/2018 | 🔵3 (1 pg) | Statement of Social Security Number Filed. Does this document change the social security number for one or more debtors? No. Has the Meeting of Creditors been set in this case? No. (BrendaLacy) (Entered: 06/06/2018) |
| 06/07/2018 | 🔵 | Judge Jeff Bohm added to case, Randy W Williams added to case (RobbieWestmoreland) (Entered: 06/07/2018) |
| 06/07/2018 | 🔵 | Previous case filed in the Southern District of Texas, Case Number 14-31348, 14-80094, 13-80466, 13-34513, 13-30609, 04-38909 and 96-42034. (ShoshanaArnow) (Entered: 06/07/2018) |
| 06/07/2018 | 🔵4 (6 pgs) | Order: Possible Future Dismissal of Case. Court advises that 11 U.S.C. Section 521(i) requires automatic dismissal if information required by Section 521(a)(1) is not filed. Signed on 6/7/2018 (ShoshanaArnowadi) (Entered: 06/07/2018) |
| 06/07/2018 | 🔵5 (2 pgs) | Initial Order for Prosecution Signed on 6/7/2018 (ShoshanaArnowadi) (Entered: 06/07/2018) |
| 06/09/2018 | 🔵6 (3 pgs) | BNC Certificate of Mailing. (Related document(s):5 Initial Order for Prosecution) No. of Notices: 1. Notice Date 06/09/2018. (Admin.) (Entered: 06/09/2018) |
| 06/09/2018 | 🔵7 (7 pgs) | BNC Certificate of Mailing. (Related document(s):4 Order: Possible Future Dismissal of Case) No. of Notices: 1. Notice Date 06/09/2018. (Admin.) (Entered: 06/09/2018) |
| | 🔵8 (30 pgs) | Schedule A/B: Property Individual , Schedule C , Schedule D Individual- Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Individual , Schedule G |

| | | |
|---|---|---|
| 06/20/2018 | | Individual- Executory Contracts and Unexpired Leases , Schedule H Individual- Codebtors , Schedule I: Individual- Your Income , Schedule J Individual- Your Expenses (Filed By Michael Andrew McCann ). (ckrus) (Entered: 06/20/2018) |
| 06/20/2018 | 9 (1 pg) | Debtor's Payment Advices or Certification under 11 USC 521 (Filed By Michael Andrew McCann ). (ckrus) (Entered: 06/20/2018) |
| 06/20/2018 | 10 (12 pgs) | Statement of Financial Affairs for Individual (Filed By Michael Andrew McCann ). (ckrus) (Entered: 06/20/2018) |
| 06/20/2018 | 11 (2 pgs) | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 (Filed By Michael Andrew McCann ). (ckrus) (Entered: 06/20/2018) |
| 06/20/2018 | doc (1 pg) | Creditor Mailing List Loaded. (Filed By Michael Andrew McCann ). (ckrus) Additional attachment(s) added on 6/20/2018 (ckrus). (Entered: 06/20/2018) |
| 06/20/2018 | 12 (32 pgs) | Adversary case 18-03168. Nature of Suit: (72 (Injunctive relief - other)) Complaint by Michael Andrew McCann against Spencer Plantation Investments Ltd . Receipt Number O, Fee Amount $350 (ckrus) (Entered: 06/20/2018) |
| 06/22/2018 | 13 (2 pgs) | Meeting of Creditors, Proof of Claim deadline not set, 341(a) meeting to be held on 7/25/2018 at 10:30 AM at Houston, 515 Rusk Suite 3401. Financial Management Course due:9/24/2018. Last day to oppose discharge or dischargeability is 9/24/2018. Clerk to send Notice on Financial Management Requirement 9/10/2018. (JenniferOlson) (Entered: 06/22/2018) |
| 06/24/2018 | 14 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):13 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 6. Notice Date 06/24/2018. (Admin.) (Entered: 06/24/2018) |
| 06/29/2018 | 15 (26 pgs) | EMERGENCY Notice *of Probable Contempt of Federal Jurisdiction*. Filed by Michael Andrew McCann (than) Modified on 6/29/2018 (than). (Entered: 06/29/2018) |

| | | |
|---|---|---|
| 07/05/2018 | | Courtroom Minutes. Time Hearing Held: 2:00 PM. Appearances: M. McCann, R. Williams, M. Probus, and J. Patterson. (Related document(s): 1 Voluntary Petition (Chapter 7)). By close of business tomorrow, Mr. Probus is to file a proposed order striking doc. 15. (rsal) (Entered: 07/06/2018) |
| 07/06/2018 | 16 (1 pg) | Proposed Order Submission After Hearing (Filed By Spencer Plantation Investments, Ltd. ).(Related document(s):15 Notice) (Probus, Matthew) (Entered: 07/06/2018) |
| 07/06/2018 | 17 (1 pg) | Order Striking Pleading (Related document(s): 15 ). Signed on 7/6/2018. (rsal) (Entered: 07/09/2018) |
| 07/09/2018 | 18 (1 pg) | Trustee's Notice of Assets & Request for Notice to Creditors Proofs of Claims due by 10/12/2018. (Williams, Randy) (Entered: 07/09/2018) |
| 07/11/2018 | 19 (2 pgs) | BNC Certificate of Mailing. (Related document(s):18 Trustee's Request for Notice of Assets) No. of Notices: 6. Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/11/2018 | 20 (2 pgs) | BNC Certificate of Mailing. (Related document(s):17 Generic Order) No. of Notices: 2. Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/16/2018 | 21 (3 pgs; 2 docs) | Emergency Motion *to Void Texas Court Orders and Processes which were Issued after Automatic Stay* Filed by Debtor Michael Andrew McCann (Attachments: # 1 Proposed Order) (kpico) (Entered: 07/16/2018) |
| 07/19/2018 | 22 (19 pgs) | Order: (1) Sua Sponte Retroactively Annulling the Automatic Stay to the Date of the Filing of the Debtor's Chapter 7 Petition; and (2) Denying the Debtor's Emergency Motion for an Order to Void Texas Court Orders and Processes which were Issued After Automatic Stay (Related documents: 1 & 21). Signed on 7/19/2018. (vatt) (Entered: 07/19/2018) |
| 07/21/2018 | 23 (20 pgs) | BNC Certificate of Mailing. (Related document(s):22 Order on Emergency Motion) No. of Notices: 2. Notice Date 07/21/2018. (Admin.) (Entered: 07/22/2018) |

| | | |
|---|---|---|
| 07/26/2018 | | Meeting of Creditors Commenced. Continued by announcement at the meeting. Creditors meeting will be held on 8/8/2018 at 02:00 PM at Houston, 515 Rusk Suite 3401. Wells Fargo bank statements; amend schedule G Debtor appeared. (Williams, Randy) (Entered: 07/26/2018) |
| 07/26/2018 | 24 (47 pgs) | Order Requiring The Debtor To Personally Appear In Court And Show Cause Why He Should Not Be Sanctioned For Abuse Of The Bankruptcy Process (Related document(s): 1 Voluntary Petition (Chapter 7)). Show Cause Hearing to be held on 8/29/2018 at 10:00 AM at Houston, Courtroom 600 (JB). Signed on 7/26/2018. (vatt) (Entered: 07/26/2018) |
| 07/29/2018 | 25 (48 pgs) | BNC Certificate of Mailing. (Related document(s):24 Order to Show Cause) No. of Notices: 2. Notice Date 07/29/2018. (Admin.) (Entered: 07/29/2018) |
| 08/01/2018 | 26 (9 pgs) | Emergency Motion *of Chapter 7 Trustee to Approve Sale of Livestock Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. 363* Filed by Trustee Randy W Williams (Segura, Misty) (Entered: 08/01/2018) |
| 08/01/2018 | 27 (2 pgs) | Proposed Order RE: *Granting Emergency Consideration of Chapter 7 Trustee's Motion to Approve Sale of Livestock Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. 363* (Filed By Randy W Williams ).(Related document(s):26 Emergency Motion) (Segura, Misty) (Entered: 08/01/2018) |
| 08/01/2018 | 28 (3 pgs) | Proposed Order RE: *Approving Chapter 7 Trustee's Sale of Livestock Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. 363* (Filed By Randy W Williams ).(Related document(s):26 Emergency Motion) (Segura, Misty) (Entered: 08/01/2018) |
| 08/02/2018 | 29 (2 pgs) | Order Granting Emergency Consideration. Hearing on (Related document(s): 26 Emergency Motion to Approve Sale of Livestock) is scheduled for 8/3/2018 at 10:00 AM at Houston, Courtroom 600 (JB). Signed on 8/2/2018. (vatt) (Entered: 08/02/2018) |
| | | |

| | | |
|---|---|---|
| 08/02/2018 | ⬤ 30<br>(3 pgs) | Witness List (Filed By Randy W Williams ).(Related document(s):26 Emergency Motion) (Segura, Misty) (Entered: 08/02/2018) |
| 08/02/2018 | ⬤ 31<br>(3 pgs) | Notice *of Hearing*. (Related document(s):26 Emergency Motion) Filed by Randy W Williams (Segura, Misty) (Entered: 08/02/2018) |
| 08/02/2018 | ⬤ 32<br>(3 pgs) | Certificate *of Service* (Filed By Randy W Williams ). (Related document(s):29 Order Setting Hearing) (Segura, Misty) (Entered: 08/02/2018) |
| 08/03/2018 | ⬤ 33<br>(3 pgs) | Order Approving Chapter 7 Trustee's Sale of Livestock Free and Clear of Liens, Claims, Interests, and Encumbrances (Related Doc # 26). Signed on 8/3/2018. (rsal) (Entered: 08/03/2018) |
| 08/03/2018 | ⬤ | Courtroom Minutes. Time Hearing Held: 10:00 AM. Appearances: M. Segura & R. Williams. (Related Document(s): 26 Motion to Sell Livestock). Witness: Randy Williams. For the reasons stated on the record, Motion Granted. Order Signed. (rsal) (Entered: 08/06/2018) |
| 08/04/2018 | ⬤ 34<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):29 Order Setting Hearing) No. of Notices: 2. Notice Date 08/04/2018. (Admin.) (Entered: 08/04/2018) |
| 08/05/2018 | ⬤ 35<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):33 Order on Emergency Motion) No. of Notices: 2. Notice Date 08/05/2018. (Admin.) (Entered: 08/05/2018) |
| 08/09/2018 | ⬤ 36<br>(2 pgs) | Second Order Requiring The Debtor To Personally Appear In Court And Show Cause Why He Should Not Be Sanctioned For Failing To Schedule A Lease For Real Property Located In Brazoria County, Texas To Which He Is A Party (Related document(s): 1 Voluntary Petition (Chapter 7)). Show Cause Hearing to be held on 8/29/2018 at 10:00 AM at Houston, Courtroom 600 (JB). Signed on 8/9/2018. (vatt) (Entered: 08/09/2018) |
| | ⬤ 37<br>(1 pg) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Lance Duke. This is to order a transcript of 8/3/2018 before Judge Jeffrey Bohm. Court |

| 08/10/2018 | | Reporter/Transcriber: Exceptional Reporting Services. (JesusGuajardo) (Entered: 08/10/2018) |
|---|---|---|
| 08/11/2018 | 38 (3 pgs) | BNC Certificate of Mailing. (Related document(s):36 Order to Show Cause) No. of Notices: 2. Notice Date 08/11/2018. (Admin.) (Entered: 08/11/2018) |
| 08/14/2018 | 39 (23 pgs) | Transcript RE: MOTION TO SELL LIVESTOCK (DOC #26) held on 8/3/18 before Judge JEFF BOHM. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/13/2018. (thud) (Entered: 08/14/2018) |
| 08/14/2018 | 40 (11 pgs) | Praecipe to Judge Jeff Bohm by Michael Andrew McCann (dhan) (Entered: 08/14/2018) |

United States Courts
Southern District of Texas
FILED

JUN 06 2018

David J. Bradley, Clerk of Court

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | MICHAEL<br>First name | First name |
| | | ANDREW<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | MCCANN<br>Last name | Last name |
| | | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** | N/A<br>First name | First name |
| | Include your married or maiden names. | Middle name | Middle name |
| | | Last name | Last name |
| | | N/A<br>First name | First name |
| | | Middle name | Middle name |
| | | Last name | Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 5 3 1 9<br>OR<br>9 XX – XX – N / A | XXX – XX – ____ ____ ____ ____<br>OR<br>9 XX – XX – ____ ____ ____ ____ |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN __ __ – __ __ – __ __ __ __ __

EIN __ __ – __ __ – __ __ __ __ __

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN __ __ – __ __ – __ __ __ __ __

EIN __ __ – __ __ – __ __ __ __ __

**5. Where you live**

**112 RED OAK**
_____
Number        Street

_____

**BRAZORIA          TX    77422**
City                    State   ZIP Code

**BRAZORIA**
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

**P.O. BOX 66**
_____
P.O. Box

**BRAZORIA          TX    77422**
City                    State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                    State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                    State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1   __MICHAEL ANDREW MCCANN__          Case number (if known)_____
       First Name     Middle Name     Last Name

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes.   District S. HOUSTON    When ~~11/01/~~2014   Case number ?
                                     MM / DD / YYYY

          District _____ When _____ Case number _____
                                    MM / DD / YYYY

          District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.   Debtor _____    Relationship to you _____
          District _____ When _____ Case number, if known_____
                                    MM / DD / YYYY

          Debtor _____    Relationship to you _____
          District _____ When _____ Case number, if known_____
                                    MM / DD / YYYY

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.
☑ Yes.   Has your landlord obtained an eviction judgment against you?

       ☑ No. Go to line 12.

       ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **MICHAEL ANDREW MCCANN**
   First Name    Middle Name    Last Name
       Case number *(if known)*_____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City              State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
               Number     Street

_____
City              State     ZIP Code

---

| Debtor 1 | MICHAEL ANDREW MCCANN | Case number *(if known)* |
| | First Name    Middle Name    Last Name | |

---

<div style="background:black;color:white">**Part 5:**</div> **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

_____

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| ✗ _Michael J McCann_ | | ✗ _____ |
|---|---|---|
| Signature of Debtor 1 | | Signature of Debtor 2 |
| Executed on _6 6 2018_ | | Executed on _____ |
| MM / DD / YYYY | | MM / DD / YYYY |

---

| Debtor 1 | MICHAEL ANDREW MCCANN | Case number (if known) |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ N/A _____     Date _____

Signature of Attorney for Debtor                                             MM    /    DD   / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

_____

City                                                    State        ZIP Code

Contact phone _____     Email address _____

_____

Bar number                                                    State

| Debtor 1 | MICHAEL ANDREW MCCANN | Case number (if known) |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _Michael McCann_ | ✗ N/A |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  6 6 2018 | Date |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone _____ | Contact phone _____ |
| Cell phone  (979) 299-4080 | Cell phone _____ |
| Email address  SILVER4925@GMAIL.COM | Email address _____ |

0409

United States Courts
Southern District of Texas
FILED

JUN 2 0 2018

David J. Bradley, Clerk of Court

**Fill in this information to identify your case and this filing:**

Debtor 1: MICHAEL ANDREW MCCANN
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number: 18-33152

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** FM 521
Street address, if available, or other description

Brazoria County

City          State     ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 250,000.00

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Possesory Rights fee simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** N/A
Street address, if available, or other description

_____

City          State     ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Debtor 1  **MICHAEL ANDREW MCCANN**
_____
First Name       Middle Name       Last Name

Case number *(if known)* 18-33152 _____

---

1.3.  N/A
_____
Street address, if available, or other description

_____

_____
City                State      ZIP Code

_____

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$_____ | $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..............➔  $ 250,000.00

---

| Part 2: | **Describe Your Vehicles** |
|---------|---------------------------|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☑ No
☐ Yes

3.1.  Make:      _____
      Model:     _____
      Year:      _____
      Approximate mileage:  _____
      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$_____ | $_____

If you own or have more than one, describe here:

3.2.  Make:      _____
      Model:     _____
      Year:      _____
      Approximate mileage:  _____
      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$_____ | $_____

---

0411

Debtor 1    **MICHAEL ANDREW MCCANN**
First Name    Middle Name    Last Name

Case number *(if known)* 18-33152

---

**3.3.** Make: N/A

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**3.4.** Make: N/A

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

**4.1.** Make: N/A

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: N/A

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................ → $_____0.00

---

0412

Debtor 1   MICHAEL ANDREW MCCANN

First Name   Middle Name   Last Name

Case number (if known)  18-33152

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........                                           $ 3,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..........                                          $ 2,500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.........   Books                                   $ 2,000.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.........   Golf Clubs                              $ 1,000.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........                                         $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........   clothes, shoes, accessories           $ 1,500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..........   rings, watches                        $ 500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........                                         $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ..............                  $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................... →   $ 10,500.00

0413

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) 18-33152 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................................................

Cash: ........................  $_____435.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | **Wells Fargo** | $ | 200.00 |
| 17.2. Checking account: | | $ | |
| 17.3. Savings account: | | $ | |
| 17.4. Savings account: | | $ | |
| 17.5. Certificates of deposit: | | $ | |
| 17.6. Other financial account: | | $ | |
| 17.7. Other financial account: | | $ | |
| 17.8. Other financial account: | | $ | |
| 17.9. Other financial account: | | $ | |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $_____ |
| | 0% % | $_____ |
| | 0% % | $_____ |

0414

Debtor 1    **MICHAEL ANDREW MCCANN**                          Case number *(if known)* 18-33152
            First Name      Middle Name        Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

❑ Yes. Give specific    Issuer name:
   information about
   them......................    _____    $_____

                                 _____    $_____

                                 _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

❑ Yes. List each       Type of account:    Institution name:
   account separately.

                        401(k) or similar plan:    _____    $_____

                        Pension plan:    _____    $_____

                        IRA:    _____    $_____

                        Retirement account:    _____    $_____

                        Keogh:    _____    $_____

                        Additional account:    _____    $_____

                        Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

❑ No

☑ Yes ...........................    Institution name or individual:

                        Electric:    _____    $_____

                        Gas:    _____    $_____

                        Heating oil:    _____    $_____

                        Security deposit on rental unit: <u>Steve Millican</u>    $_____500.00

                        Prepaid rent:    _____    $_____

                        Telephone:    _____    $_____

                        Water:    _____    $_____

                        Rented furniture:    _____    $_____

                        Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes ...........................    Issuer name and description:

                        _____    $_____

                        _____    $_____

                        _____    $_____

| Debtor 1 | MICHAEL ANDREW MCCANN | | | Case number (if known) 18-33152 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❏ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
|---|---|
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❏ Yes. Give specific
information about them.... | $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❏ Yes. Give specific
information about them.... | $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

❏ No

☑ Yes. Give specific
information about them.... | Dental License in the State of Texas | $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

❏ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .....................

| | | |
|---|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❏ Yes. Give specific information.............

| | | |
|---|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

❏ Yes. Give specific information............... | $_____

0416

| Debtor 1 | MICHAEL ANDREW MCCANN | | | Case number *(if known)* 18-33152 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............  [                ]  $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ...................  Claim to property  $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. .................  Claim to property  $_____

**35. Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information............  [                ]  $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................➔  $_____1,135.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......  [                ]  $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......  [                ]  $_____

0417

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* | 18-33152 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..........                                                         $ _____

**41. Inventory**

☑ No
☐ Yes. Describe.......                                                         $ _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........   Name of entity:                    % of ownership:

                                        _____   _____%   $ _____
                                          _____   _____%   $ _____
                                          _____   _____%   $ _____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☑ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☑ Yes. Describe........   Patient private information HIPAA                    $ _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information ..........                                                         $ _____
                                                              $ _____
                                                               $ _____
                                                               $ _____
                                                               $ _____
                                                               $ _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...................................................................➜   $ _____

---

**Part 6:     Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

                                                                                  **Current value of the**
**portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☑ Yes ......................   Horses, cattle, poultry                    $   10,000.00

Debtor 1    MICHAEL ANDREW MCCANN                                Case number *(if known)*  18-33152
            First Name    Middle Name         Last Name

48. **Crops—either growing or harvested**
   - ☑ No
   - ☐ Yes. Give specific information. .........                                               $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☑ No
   - ☐ Yes ........................                                                            $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☑ No
   - ☐ Yes ........................                                                            $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☑ No
   - ☐ Yes. Give specific information. .........                                               $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................... ➜    | $ | 10,000.00 |

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☑ No
   - ☐ Yes. Give specific information. ...........                                             $_____
                                                                                              $_____
                                                                                              $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................... ➜    | $ | |

---

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ................................................................... ➜    $ | 250,000.00 |

56. **Part 2: Total vehicles, line 5**                     $_____ 0.00

57. **Part 3: Total personal and household items, line 15**     $_____ 10,500.00

58. **Part 4: Total financial assets, line 36**            $_____ 1,135.00

59. **Part 5: Total business-related property, line 45**   $_____

60. **Part 6: Total farm- and fishing-related property, line 52**     $_____ 10,000.00

61. **Part 7: Total other property not listed, line 54**   + $_____

62. **Total personal property. Add lines 56 through 61.** ......    $_____ 21,635.00    Copy personal property total ➜  + $_____ 21,635.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ....................................    | $ | 271,635.00 |

Fill in this information to identify your case:

| Debtor 1 | MICHAEL ANDREW MCCANN | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number: 18-33152
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $_____  ☑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Personal and hhold  Line from *Schedule A/B*: 3 | $ 10,500.00 | ☐ $_____  ☑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of 2

0420

Debtor 1   **MICHAEL ANDREW MCCANN** _____
First Name   Middle Name   Last Name

Case number *(if known)* 18-33152 _____

| Part 2: | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ Line from *Schedule A/B*: ___ | $_____ | ☐ $_____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Fill in this information to identify your case:

| Debtor 1 | MICHAEL ANDREW MCCANN | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number  18-33152
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1** Spencer Plantation, LTD
Creditor's Name
313 W. Texas
Number    Street

Brazoria    TX    77422
City    State    ZIP Code

Describe the property that secures the claim:

75 acres

$ 280,000    $_____    

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  10/24/2014

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __ __ __ __

**2.2** _____
Creditor's Name
_____
Number    Street

_____
City    State    ZIP Code

Describe the property that secures the claim:

$_____    $_____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 280,000. |
|---|---|

0422

Debtor 1    **MICHAEL ANDREW MCCANN**

First Name          Middle Name          Last Name

Case number *(if known)* __18-33152__

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**Describe the property that secures the claim:**

$_____    $_____    $_____

Creditor's Name

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**

$_____    $_____    $_____

Creditor's Name

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**

$_____    $_____    $_____

Creditor's Name

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $_____

0423

Debtor 1   **MICHAEL ANDREW MCCANN**
First Name        Middle Name        Last Name

Case number (if known)   18-33152

---

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number   Street

City   State   ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Fill in this information to identify your case:

| Debtor 1 | MICHAEL ANDREW MCCANN | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number: 18-33152
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**

Jerry M. Russell
Priority Creditor's Name

Number   Street
P.O. Box 199

Brazoria          TX    77422
City               State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $ 10,000.00  $_____  $_____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Surety for Bond

**2.2**

John David Crouch
Priority Creditor's Name

Number   Street
7660 County Rd. 684C

Sweeny          Tx    77480
City               State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $ 10,000.00  $_____  $_____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Surety for Bond

0425

Debtor 1  **MICHAEL ANDREW MCCANN**
First Name    Middle Name    Last Name

Case number (if known) 18-33152

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4  Steve Millican**
Priority Creditor's Name

Number    Street
**5413 Santa Marie**

**Ft. Worth**          **Tx**    **76114**
City          State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  **10/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  **Lease**

$  **500.00**  $_____  $_____

---

**2.5  Verizon**
Priority Creditor's Name

Number    Street
**P.O. Box 291089**

**Columbia**          **SC**    **29229**
City          State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  **1  7  5  2**

When was the debt incurred?  **11/01/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Contract dispute**

$ **1,000.00**  $_____  $_____

---

**2.5  Spencer Plantation, LTD**
Priority Creditor's Name

Number    Street
**313 W. Texas**

**Brazoria**          **Tx**    **77422**
City          State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  **10/26/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **by counterfeit security**

$ **280,000.**  $_____  $_____

---

Debtor 1    **MICHAEL ANDREW MCCANN**
First Name        Middle Name        Last Name

Case number *(if known)* 18-33152        0426

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

**4.2**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

**4.3**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

Debtor 1 **MICHAEL ANDREW MCCANN**

First Name     Middle Name     Last Name

Case number *(if known)* 18-33152

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

---

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

☐

_____

Nonpriority Creditor's Name

_____

Number        Street

_____

City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

☐

_____

Nonpriority Creditor's Name

_____

Number        Street

_____

City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

☐

_____

Nonpriority Creditor's Name

_____

Number        Street

_____

City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

| Debtor 1 | MICHAEL ANDREW MCCANN | | | Case number (if known) | 18-33152 | 0428 |
| | First Name | Middle Name | Last Name | | | |

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____
City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

0429

| Debtor 1 | MICHAEL ANDREW MCCANN | | | Case number *(if known)* 18-33152 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

6a. **Domestic support obligations**                 6a.   $ _____

6b. **Taxes and certain other debts you owe the government**      6b.   $ _____

6c. **Claims for death or personal injury while you were intoxicated**      6c.   $ _____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.      6d.   + $ _____300,500.00

6e. **Total.** Add lines 6a through 6d.      6e.   $ _____300,500.00

**Total claim**

Total claims from Part 2

6f. **Student loans**                 6f.   $ _____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**      6g.   $ _____

6h. **Debts to pension or profit-sharing plans, and other similar debts**      6h.   $ _____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.      6i.   + $ _____

6j. **Total.** Add lines 6f through 6i.      6j.   $ _____

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
</table>

| Debtor | MICHAEL ANDREW MCCANN | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known)  18-33152

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Steve Millican <br> Name <br> 5413 Santa Marie <br> Number      Street <br> Ft. Worth          TX      76114 <br> City          State   ZIP Code | House lease |
| **2.2** Verizon Wireless <br> Name <br> P.O. Box 291089 <br> Number      Street <br> Columbia          SC      29229 <br> City          State   ZIP Code | Cellphone contract |
| **2.3** <br> Name <br> <br> Number      Street <br> <br> City          State   ZIP Code | |
| **2.4** <br> Name <br> <br> Number      Street <br> <br> City          State   ZIP Code | |
| **2.5** <br> Name <br> <br> Number      Street <br> <br> City          State   ZIP Code | |

Debtor 1    **MICHAEL ANDREW MCCANN**
     First Name     Middle Name      Last Name

Case number *(if known)* 18-33152

### Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**

**What the contract or lease is for**

2.2

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

2._

_____
Name

_____
Number    Street

_____
City        State   ZIP Code

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **MICHAEL ANDREW MCCANN** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) First Name          Middle Name          Last Name | | |
| United States Bankruptcy Court for the: Southern District of Texas | | |
| Case number | 18-33152 | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1: Your codebtor*       *Column 2: The creditor to whom you owe the debt*

   Check all schedules that apply:

   **3.1**   Jerry M. Russell
   Name

   P.O. Box 199
   Number          Street

   Brazoria     Tx     77422
   City          State          ZIP Code

      ☐ Schedule D, line _____
      ☑ Schedule E/F, line 2.1
      ☐ Schedule G, line _____

   **3.2**   John David Crouch
   Name

   7660 County Road 684C
   Number          Street

   Sweeny     Tx     77480
   City          State          ZIP Code

      ☐ Schedule D, line _____
      ☑ Schedule E/F, line 2.2
      ☐ Schedule G, line _____

   **3.3**  
   Name

   _____
   Number          Street

   _____
   City          State          ZIP Code

      ☐ Schedule D, line _____
      ☐ Schedule E/F, line _____
      ☐ Schedule G, line _____

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) | 18-33152 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page to List More Codebtors

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

_____
Name

_____
Number      Street

_____
City            State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    **MICHAEL ANDREW MCCANN**
         First Name            Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number    18-33152
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
    income as of the following date:
    MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Dentist Contractor | |
| **Employer's name** | | |
| **Employer's address** | | |
|  | Number   Street | Number   Street |
|  | | |
|  | | |
|  | City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ |
| 3. | Estimate and list monthly overtime pay. | 3.  + $ 0.00 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $ 0.00 | $ |

Debtor 1   **MICHAEL ANDREW MCCANN**   Case number (if known) 18-33152
First Name   Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here......................................................➔ | 4. | $ 0.00 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ = $ 0.00 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 0.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Probable increase in lieu of no hurricane and flood resulting in a disastrous cash flow situation

---

**Fill in this information to identify your case:**

Debtor 1   **MICHAEL ANDREW MCCANN**
          First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the:  Southern District of Texas

Case number
(If known)   18-33152

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

    MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☑ No
    ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,200.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* 18-33152 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $_____ 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $_____ 200.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ 200.00 |
| 6d. | Other. Specify: _____ | 6d. | $_____ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $_____ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____ 100.00 |
| 10. | **Personal care products and services** | 10. | $_____ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $_____ 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ 40.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ 60.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $_____ 0.00 |
| 15b. | Health insurance | 15b. | $_____ 0.00 |
| 15c. | Vehicle insurance | 15c. | $_____ 0.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $_____ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____ 0.00 |
| 17c. | Other. Specify:_____ | 17c. | $_____ 0.00 |
| 17d. | Other. Specify:_____ | 17d. | $_____ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $_____ 0.00 |
| 20b. | Real estate taxes | 20b. | $_____ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $_____ 0.00 |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* 18-33152 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

21. **Other.** Specify: _____   21.  +$ _____ 0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.   22a.  $ _____ 3,000.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $ _____ 3,000.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $ _____ 0.00

23b. Copy your monthly expenses from line 22c above.   23b.  – $ _____ 3,000.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.   23c.  $ _____ 3,000.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   Explain here: We have had hurricanes two years in a row and hopefully will not have another like Hurricane Harvey in 2017.  This hurricane greatly affected patient participation and cash flow resulting in this Bankruptcy.

0439

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

In re:                                   §          Case No.          JUN 2 0 2018
                                         §

David J. Bradley, Clerk of Court

## DEBTOR'S RESPONSE TO
## ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is _Michael Andrew McCann_. I am a debtor in this bankruptcy case.  I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.  If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _June 20, 2018_ (date).

_____
Signature of Debtor

_____
Signature of Joint Debtor (if joint case)

017753        65904017770040

0440

United States Courts
Southern District of Texas
FILED

JUN 2 0 2018

David J. Bradley, Clerk of Court

Fill in this information to identify your case:

Debtor 1    **MICHAEL ANDREW MCCANN**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Texas

Case number   18-33152
(If known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 112 Red Oak Street | From 11/01/2015 | | From _____ |
| Number   Street | To   06/20/2018 | Number   Street | To _____ |
| Brazoria          TX   77422 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City          State  ZIP Code | | City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* 18-33152 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, ____ )<br> YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____ )<br> YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, ____ )<br> YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____ )<br> YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number *(if known)* 18-33152 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number    Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City         State       ZIP Code | _____ | | | ☐ Other _____ |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number    Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City         State       ZIP Code | _____ | | | ☐ Other _____ |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number    Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City         State       ZIP Code | _____ | | | ☐ Other _____ |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) | 18-33152 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**7.** Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

❏ No
❏ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |
| _____ Insider's Name | | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | _____ | | | |

**8.** Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

❏ No
❏ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | _____ | | | |
| _____ Insider's Name | | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | _____ | | | |

0444

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) | 18-33152 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Spencer Plantation Inves | Eviction | Court or agency **County Court at Law #1** | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | | Number   Street | ☐ Concluded |
| Case number **CI 52465** | | **Angleton,        TX    77515** | |
| | | City        State    ZIP Code | |
| Case title_____ | | Court Name_____ | ☐ Pending |
| | | | ☐ On appeal |
| | | Number   Street | ☐ Concluded |
| Case number _____ | | City        State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's Name | | | |
| | **Explain what happened** | | |
| Number   Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City        State   ZIP Code | ☐ Property was attached, seized, or levied. | | |
| | Describe the property | Date | Value of the property |
| | | _____ | $_____ |
| Creditor's Name | | | |
| | **Explain what happened** | | |
| Number   Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City        State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

Debtor 1  **MICHAEL ANDREW MCCANN**                                    Case number *(if known)* 18-33152
      First Name     Middle Name     Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | _____ | $_____ |
| City          State    ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☐ Yes

**Part 5:   List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

Debtor 1   **MICHAEL ANDREW MCCANN**
     First Name    Middle Name    Last Name

Case number (if known) 18-33152

---

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ <br> Charity's Name | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ <br> Number   Street | | | |
| _____ <br> City   State   ZIP Code | | | |

---

### Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br><br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| Hurricane/flood | none | 08/01/2017 | $ 189,000.00 |

---

### Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ <br> Person Who Was Paid | | | |
| _____ <br> Number   Street | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ <br> City   State   ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

Debtor 1    **MICHAEL ANDREW MCCANN**      Case number (if known) __18-33152__

First Name     Middle Name     Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

_____      _____    $_____

Number    Street

_____      _____    $_____

City     State    ZIP Code

Email or website address

Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

_____      _____    $_____

Number    Street

_____      _____    $_____

City     State    ZIP Code

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Person Who Received Transfer

Number    Street                                             _____

City     State    ZIP Code

Person's relationship to you _____

Person Who Received Transfer

Number    Street                                               _____

City     State    ZIP Code

Person's relationship to you _____

| Debtor 1 | MICHAEL ANDREW MCCANN | | | Case number *(if known)* 18-33152 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| City            State      ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| City            State      ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| Name of Financial Institution _____ | Name _____ | | |
| Number   Street _____ | Number   Street _____ | | |
| _____ | City       State      ZIP Code | | |
| City            State      ZIP Code | | | |

| Debtor 1 | MICHAEL ANDREW MCCANN | | Case number (if known) 18-33152 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number  Street | Number  Street | | |
| City          State    ZIP Code | City State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number  Street | Number  Street | | |
| City          State    ZIP Code | City        State    ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| City          State    ZIP Code | City        State    ZIP Code | | |

Debtor 1   **MICHAEL ANDREW MCCANN**
First Name   Middle Name   Last Name

Case number *(if known)* 18-33152

---

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City   State   ZIP Code | | ☐ Concluded |

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

---

Debtor 1  MICHAEL ANDREW MCCANN  _____   Case number (if known) 18-33152  _____
First Name      Middle Name      Last Name

| | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City      State   ZIP Code | | From _____ To _____ |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number   Street | |
| | |
| City      State   ZIP Code | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _~Michael A McCann~_ _____   ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date 06/20/2018                            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 12

0452



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JUN 29 2018

David J. Bradley, Clerk of Court

IN RE: §
§ CASE NO: 18-33152
Michael Andrew McCann §
§ CHAPTER 7
Debtor §

**TO THE HONORABLE JUDGE JEFF BOHM:**

### EMERGENCY NOTICE OF PROBABLE CONTEMPT
### OF FEDERAL JURISDICTION

TO:   BRAZORIA SHERIFF'S OFFICE
      Charles S. Wagner
      111 E. Locust St.
      Angleton, TX 77515

      Judge Jerri Lee Mills
      111 E. Locust St.
      Angleton, TX 77515

      Judge Patrick Sebesta
      111 E. Locust St.
      Angleton, TX 77515

      Brazoria County Clerk
      Joyce Hudman
      111 E. Locust Suite 200
      Angleton, TX 77515

      Joseph Patterson
      120 West Myrtle Street
      Angleton, Texas 77515

      George Henry Rau Jr.
      P. O. Box 878
      Angleton, TX 77516

1

Spencer Plantation Investments, Ltd.

RE:  Criminal Trespass of a property protected by automatic stay in the above styled cause number.

### NOTICE:

Michael Andrew McCann, acting in his individual capacity, does hereby give Notice to the above listed entities and individuals, as is set out in the Certificate of Service below, of this **NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION.**

1.      On June 6, 2018, a petition for bankruptcy was filed in the U. S. Bankruptcy Court, Southern District of Texas, Houston, cause number 18-33512-JB.  Spencer Plantation was listed as a creditor in the petition.

2.      Attorneys for Spencer Plantation Investments, Ltd., Patterson and Rau were noticed of the bankruptcy no later than June 11, 2018.

3.      Spencer Plantation was noticed by noticing its attorneys, Patterson and Rau.

4.      The County Court at Law Judge, Jerri Lee Mills, in Case No. CI52465 was noticed on June 11, 2018. (See Exhibit 1, County Court at Law #1 Case Summary Docket, attached hereto and incorporated herein.)

5.       On June 12, 2018, Joseph Patterson, acting for Spencer Plantation, requested a Writ from the Brazoria County Clerk.

6.      On June 13, 2018, Brazoria County Clerk Joyce Hudman issued a Writ of Execution for McCann's property which was in bankruptcy case 18-33152.

7.      On June 25, 2018, Judge Patrick Sebasta held a hearing in Cause No. 96820-CV, and granted a Motion to deem Michael A. McCann a vexatious litigant based on evidence of McCann's two cases filed against Spencer Plantation. (See Exhibit 2, Civil Docket Cause No. 96820-CV, attached hereto and incorporated herein.)

8.      The hearing was scheduled by Attorney Joseph Patterson acting for Spencer Plantation, with notice to Attorney George Rau, Jr. on June 12, 2018. ( See Exhibit 3, Notice of hearing, attached hereto and incorporated herein.)

2

9.     On the morning of June 28, 2018, two sheriff's deputies from Brazoria County appeared at McCann's workplace and informed him that the gate to his property was locked with a lock furnished by Joseph Patterson. (See Exhibit 4, Letter from Joseph Patterson, attached hereto and incorporated herein.)

10.    The Brazoria County Sheriff's Deputies were given notice that McCann was in bankruptcy and under the protection of the federal court.

11.    In response, the Brazoria County Sheriff's Deputies gave McCann  copy of the Writ of Possession and verbal criminal trespass warning.  (See Exhibit 5, Writ of Possession, attached hereto and incorporated herein.)

12.    Further, the deputies told McCann if he wanted to care for his animals he was to call George Rau and get permission to unlock the padlock on his gate.

13.    All of the parties named above had knowledge that Michael Andrew McCann had filed bankruptcy on June 6, 2018 and that the property was under an automatic stay.

14.    Accordingly, and in light of the foregoing facts and circumstances, this **NOTICE OF PROBABLY CONTEMPT OF FEDERAL JURISDICTION** intends to serve notice to all interested parties, and specifically to the parties named below that a defiance and probable contempt of federal jurisdiction has been acted out and is, at this time, ongoing and participated in by not only the Judge of the Brazoria County Court at Law,  the Judge of the 239th District Court, the Brazoria County Clerk and the Brazoria County Sheriff, but also by the parties principal and agent to Spencer Plantation Investments, Ltd. and its two attorneys.

15.    Since the underlying jurisdiction and authority for any hearing in the present case, Cause No. 18-33152 before Judge Bohm has been duly filed and docketed before the United States Bankruptcy Court for the Southern District of Texas, Houston Division, as is captioned above and since a true copy of the Petition has been noticed and perfected with Spencer Plantation and all the above actors named above, the exclusive jurisdiction of this case is now pending in the U.S. Federal Bankruptcy Court at Houston, Texas.

16.    Since actual Notice of the filing has been perfected and notice to all relevant parties as to Cause no. 18-33152 styled as RE: MICHAEL ANDREW McCANN,

Debtor, including Spencer, the attorneys and both courts, and since the ongoing threat of immediate seizure is in defiance of and probable contempt of the jurisdiction of the United States Bankruptcy Court now properly and lawfully invoked and notice and perfected, any proceedings in state court or by state actors has been in direct contravention of 11 U.S.C. §922, et seq and the jurisdiction conferred thereby to the U.S. Bankruptcy Court at Houston, Texas.

17.    A copy of this notice is being filed with the United States Bankruptcy Court. Further proceedings, including an application for  sanctions will be filed in the court.

18.    A motion for injunction has already been scheduled by Judge Bohm for July 5, 2018, in Cause No. 18-3168, an adversary complaint in the bankruptcy court.

Because of the emergency this has created,  any response to this notice is required within (5) days of receipt of this notice.

Michael Andrew McCann
P. O. Box 66
Brazoria, Texas 77422
(979) 299-4080)

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that I have served a true and correct copy of the above

and foregoing document on all counsel of record via electronic mail in accordance with the

requirements of the Texas Rules of Civil Procedure, rule 21a on this the 28th day of June, 2018.

And to BRAZORIA SHERIFF'S OFFICE
    Charles S. Wagner
    By fax: (979) 848-8003

Michael Andrews McCann

# EXHIBIT 1

# CASE SUMMARY
## CASE NO. CI52465

| | | |
|---|---|---|
| Spencer Plantation Investments, LTD vs. Michael A. McCann | § § § § | Location: **County Court at Law #1**<br>Judicial Officer: **Mills, Jerri Lee**<br>Filed on: **01/06/2015** |

---

### CASE INFORMATION

**Statistical Closures**
05/29/2018    Final Judgment After Non-Jury Trial (OCA)

Case Type: **Appeal - Other**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number         CI52465
Court               County Court at Law #1
Date Assigned       01/06/2015
Judicial Officer    Mills, Jerri Lee

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Spencer Plantation Investments, LTD** | **Rau, George Henry, Jr.**<br>*Retained*<br>979-849-6484(W) |
| **Defendant** | **McCann, Michael A.** | **Pro Se**<br>979-798-9103(H) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/06/2015 | 📄 Appeal Filed from Lower Court (OCA)<br>*54 Pages - Appealed From JP (P4 - P2) (HEV140344)* | |
| 01/06/2015 | 📄 Letter<br>*Notice to all Parties of JP Appeal - Certified Mail to Michael A. McCann* | |
| 01/12/2015 | 📄 Certified Mail Returned<br>Party: Defendant McCann, Michael A. | |
| 02/22/2016 | 📄 Amended<br>*Plaintiff's First Amended Original Petition; with Exhibits* | |
| 02/22/2016 | 📄 Letter<br>*Cover Letter Regarding Amended Petition; Includes Notice of Trial Date* | |
| 03/01/2016 | 📄 Response<br>Party: Defendant McCann, Michael A.<br>*Reasons to Deny Trial Scheduled for April 8, 2016 and/or the Alternative to Abate Trial, if Any, Until After Appellate Reviews* | |
| 03/22/2016 | 📄 Notice<br>*of Lis Pendens* | |
| 04/08/2016 | **Non-Jury Trial** (9:00 AM) (Judicial Officer: Mills, Jerri Lee) | |
| 04/08/2016 | Judicial Docket Entry | |

*Printed on 06/27/2018 at 4:24 PM*

# CASE SUMMARY
## CASE NO. CI52465

*Case called for trial on the merits. Present were attorneys Joe Patterson and George Rau for the Plaintiff and Defendant, Michael McCann, appeared Pro Se. Evidence presented in open Court. Matter taken under advisement by the Court. Reporter: Sherri Stadter./mills*

| | | |
|---|---|---|
| 04/11/2016 | Letter | |
| | Party:  Defendant  McCann, Michael A.;  Attorney  Rau, George Henry, Jr. | |
| | *from Judge Regarding Ruling; Also Sent to Joe Patterson* | |
| 01/11/2018 | Motion | |
| | Party:  Plaintiff  Spencer Plantation Investments, LTD | |
| | *Plaintiff's Motion for Judgment and to Expunge Lis Pendens Notice* | |
| 01/12/2018 | Notice of Hearing | |
| | Party:  Plaintiff  Spencer Plantation Investments, LTD | |
| | *on Motion for Judgment and to Expunge Lis Pendens Notice* | |
| 02/07/2018 | Stat Closure - All Other Dispositions | |
| | *Notice of Removal w/ Exhibits* | |
| 02/16/2018 | **Motion for Summary Judgment** (9:00 AM)  (Judicial Officer: Mills, Jerri Lee) | |
| 04/26/2018 | Order | |
| | *Remanding Case* | |
| 04/26/2018 | Letter | |
| | *from Attorney to Court advising Notice of Remand Order; Sent to Judge* | |
| 04/30/2018 | Notice | |
| | Party:  Plaintiff  Spencer Plantation Investments, LTD | |
| | *of Hearing On Motion For Judgment And To Expunge Lis Pendens Notice* | |
| 04/30/2018 | Notice | |
| | Party:  Defendant  McCann, Michael A. | |
| | *Dismissal for Want of Jurisdiction* | |
| 04/30/2018 | Notice | |
| | Party:  Defendant  McCann, Michael A. | |
| | *of Impossibility* | |
| 05/01/2018 | Response | |
| | Party:  Plaintiff  Spencer Plantation Investments, LTD | |
| | *To Notice of Impossibility and Dismissal for Want of Jurisdiciton* | |
| 05/04/2018 | Correspondence | |
| | Party:  Defendant  McCann, Michael A. | |
| | *Email sent to Defendent advising of correct court #* | |
| 05/07/2018 | Notice | |
| | Party:  Defendant  McCann, Michael A. | |
| | *of Improper Behavior* | |
| 05/24/2018 | **Hearing** (1:30 PM)  (Judicial Officer: Mills, Jerri Lee) | |
| 05/24/2018 | Judicial Docket Entry | |
| | *Hearing held on Plaintiff's Motion for Judgment and to Expunge Lis Pendens Notice filed on* | |

# CASE SUMMARY
## CASE NO. CI52465

*1/11/2018. Present was attorney Joe Patterson for Plaintiff and announced ready. Defendant Michael A. McCann, acting Pro Se, was present and also announced ready. Court advised both Plaintiff's attorney and Defendant that the trial of the case on April 8, 2016 had already closed with the introduction of evidence (per Court's letter dated 4/11/2018) and therefore no additional evidence and/or arguments were necessary. Court advised that it would re-review the Plaintiff's "Motion for Judgment and To Expunge Lis Pendens Notice" as well as any motions filed by Defendant in response thereto and would deliver its ruling on the 4/8/2016 trial on Tuesday, May 29, 2018. Court reporter: Sherri Stadter./mills*

| | |
|---|---|
| 05/29/2018 | Letter<br>Party:  Defendant  McCann, Michael A.;   Attorney  Rau, George Henry, Jr.<br>*Court's Notice of Judgment* |
| 05/29/2018 | Stat Closure - Final Judgment After Non-Jury Trial |
| 06/01/2018 | Judgment<br>*Amended Judgment* |
| 06/01/2018 | Letter<br>Party:  Defendant  McCann, Michael A.;   Attorney  Rau, George Henry, Jr.<br>*Court's Notice of Amended Judgment* |
| 06/01/2018 | Letter<br>*to Court from Attorney* |
| 06/06/2018 | Motion<br>*to Set Supersedeas Bond; Sent to Judge for Review - Per Judge "Just hold in file"* |
| 06/11/2018 | Notice of Appeal |
| 06/11/2018 | Notice<br>*of Bankruptcy* |
| 06/12/2018 | Request<br>*From Attorney Joseph Patterson - Re: Issuance Of Writ Of Possession* |
| 06/12/2018 | Response<br>Party:  Plaintiff  Spencer Plantation Investments, LTD<br>*Plaintiff's Response to Motion to set Supersedeas Bond* |
| 06/13/2018 | Writ<br>Party:  Defendant  McCann, Michael A.<br>*of Possesion; Attorney to Pickup* |
| 06/13/2018 | **Writ of Possession**<br>McCann, Michael A.<br>Unserved |
| 06/26/2018 | Proposed Order<br>*Setting Amount Of Supersedeas Bond; Sent to Judge* |
| 06/26/2018 | Clerk's Notification of Appeal to COA<br>*sent to 14th Court of Appeals via Tames Portal; Trace #45085* |

# CASE SUMMARY
## CASE NO. CI52465

| 06/26/2018 | 📧 Letter<br>Party: Defendant  McCann, Michael A.<br>*Clerk's Request for Designation of Record* | |

| DATE | FINANCIAL INFORMATION |
| --- | --- |

**Defendant**  McCann, Michael A.

| Total Charges | 257.00 |
| --- | --- |
| Total Payments and Credits | 257.00 |
| **Balance Due as of  6/27/2018** | **0.00** |

**Plaintiff**  Spencer Plantation Investments, LTD

| Total Charges | 10.70 |
| --- | --- |
| Total Payments and Credits | 10.70 |
| **Balance Due as of  6/27/2018** | **0.00** |

# EXHIBIT 2

Docket sheet front

# CIVIL DOCKET - CAUSE NO. 96820-CV

## 239th District Court

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| | | | 05/16/2018 |

Michael A. McCann
vs.
Spencer Plantation Investments, Ltd.

| | MICHAEL A. MCCANN | Real Property - Other |
|---|---|---|
| | -Def Atty | Jury Fee Paid: $ |
| | | Paid by: |
| | | Date: |

| DATE | ORDERS |
|---|---|
| 6/25/18 | Hearing on Determ. Of Vexatious Litigant Status. Record by T. Sanchez. Atty for ∆ present. π not present. Mtn. to determine it as a Vexatious litigant granted. Security requirem. set @ $50,000.00 as |

# EXHIBIT 3

# PATTERSON & EDQUIST

**Attorneys At Law**
**120 WEST MYRTLE STREET**
**ANGLETON, TEXAS 77515**

JOSEPH PATTERSON                                      TELEPHONE:   (979) 848-3433
MATTHEW B. EDQUIST                                    FAX:            (979) 848-8307

June 12, 2018

Debbie Selleck
Court Coordinator
239th Judicial District Court                          *Via Hand Delivery*
    of Brazoria County, Texas
Brazoria County Courthouse
Angleton, Texas 77515

Re:    Cause No. 96820-CV; *Michael A. McCann v. Spencer Plantation Investments, LTD.*; In the
       239th Judicial District Court of Brazoria County, Texas

Dear Debbie;

This is to confirm that the Motion for Sanctions *and* for a formal determination of "vexatious litigant"
status, filed on behalf of my client, Spencer Plantation Investments, LTD, along with its Original Answer,
will be brought before the Court for hearing at 11:00 a.m. on Monday, June 25, 2018.

I am, by copy of this letter to Dr. McCann, giving notice of the setting of this hearing.

Thanks for your help.

Very truly yours,

Joseph Patterson

Cc

George Rau, Jr.                                       *Via email*

Michael A. McCann                                     *Via email and U.S. Mail, Certified/RRR*

# EXHIBIT 4

0466

# PATTERSON & EDQUIST

**Attorneys At Law**
**120 WEST MYRTLE STREET**
**ANGLETON, TEXAS 77515**

JOSEPH PATTERSON
MATTHEW B. EDQUIST

TELEPHONE:   (979) 848-3433
FAX:          (979) 848-8307

June 28, 2018

Michael A, McCann
324 N. Brooks Street
Brazoria, Texas 77515

*Via email and U.S. Mail, certified, R/R/R*

Re:   Cause No. CI52465;   *Spencer Plantation Investments, LTD v. Michael A. McCann*; In the County
      Court at Law No. 1 and Probate Court of Brazoria County, Texas

Dear Dr. McCann;

As I believe you are now aware, possession of the premises made the basis of the above referenced forcible
detainer proceeding has, this day, been delivered to my client, Spencer Plantation Investments, LTD, by
action of the Constable, Brazoria County, Precinct 4.

The Amended Judgment entered in this matter on June 1, 2018 (herein, the "Judgment") made specific
provision for you to have ten (10) days, after entry of the Judgment, i.e., until midnight on June 11th, to
remove "personal property, including livestock" from the premises.

It appears that you have not availed yourself of this opportunity, hence, per the terms of the Judgment, such
personal property:

> ...is deemed forfeited and abandoned and the Plaintiff is authorized to remove it and to
> dispose of it in any manner Plaintiff sees fit, including sale, in which case the proceeds of
> the sale are to be applied to this Judgment...

This notwithstanding, my client has authorized me to extend to you to opportunity, upon prior notice and
arrangement having been made, *through this office*, no later than 5:00 p.m. on Friday, July 6th, to remove
your livestock and other personal property from the premises.

Should you fail to avail yourself of this opportunity, we will conclude that you have chosen to abandon all
personal property remaining on the premises, *including livestock*, and will make appropriate arrangements
to dispose of them, as authorized by the order of the court.

Please understand that any entry upon the premises, by you or persons associated with you, *without the
express written permission of my client—which shall issue from my office as outlined herein—shall be*

*wholly unauthorized, and shall be treated as a trespass in violation of the law.*

All responses, or other inquiries, related to this communication, should be directed, in writing, to my attention.

Very truly yours,

Joseph Patterson

Cc

George Rau, Jr.                                                        *Via email*

Kenneth Goolsby                                                  *Via email*

# EXHIBIT 5

CIVIL NO. <u>CI52465</u>

Delivered this _21_ day of _____, 2018
By Deputy _____
James Brawner, Constable Pct. #4, Brazoria County

| | | |
|---|---|---|
| **SPENCER PLANTATION INVESTMENTS, LTD** | § | IN THE COUNTY COURT AT LAW |
| | Plaintiff § | |
| VS. | § | NO. 1 AND PROBATE COURT OF |
| **MICHAEL A. MCCANN** | § | |
| | Defendant § | BRAZORIA COUNTY, TEXAS |

## WRIT OF POSSESSION

THE STATE OF TEXAS
TO ANY SHERIFF OR ANY CONSTABLE WITHIN THE STATE OF TEXAS-GREETING:

WHEREAS, on the <u>1st day of June, 2018</u>, **Spencer Plantation Investments, Ltd,** plaintiff, recovered judgment in the <u>County Court at Law #1 and Probate Court</u> of Brazoria County, against MICHAEL A. MCCANN  324 N. BROOKS ST  BRAZORIA TX  77422, defendant, for the possession of a certain tract or parcel of land, bounded and described as follows, to-wit:

SEE ATTACHED

THEREFORE, you are hereby commanded that you deliver to the said **Spencer Plantation Investments, Ltd** the possession of said property hereinbefore described, as against the said **Michael A. McCann**. HEREIN FAIL NOT, but of this writ make due return within <u>90</u> days, with your endorsement thereon, showing how you have executed the same.

WITNESS my hand officially, and the seal of said Court hereto affixed, at office in the City of Angleton of Brazoria County this <u>13th day of June, 2018</u>.

JOYCE HUDMAN, COUNTY CLERK
BRAZORIA COUNTY, TEXAS

By _E. Malone_, Deputy
E. Malone

CONTACT INFO IF YOU
NEED TO GET IN THE
GATE  OR ON THE PROPERTY
GEORGE RAU
849-1684

CI52465

| | | |
|---|---|---|
| SPENCER PLANTATION INVESTMENTS, LTD. | § | IN THE COUNTY COURT AT LAW NO. 1 AND PROBATE COURT |
| Plaintiff | | |
| Vs. | § | OF |
| MICHAEL A. McCANN | | |
| Defendant | § | BRAZORIA COUNTY, TEXAS |

## AMENDED JUDGMENT

On April 8, 2016, the above styled and numbered cause came on to be heard. Plaintiff appeared in person and by counsel, George H. Rau, Jr. and Joseph Patterson. Defendant appeared in person, *pro se*.

All matters of controversy, of fact and of law, were submitted to the court sitting without a jury; and the pleadings, evidence and arguments having been heard by the Court, it is the opinion of the Court that the Plaintiff is entitled to a judgment against the Defendant as hereinafter set forth.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff have and recover of the Defendant possession of the premises described as follows (hereinafter referred to as the "Property"):

*Tract A:*

*Being a 64.648 Acre Tract of Land, a portion of which is out of the George Melgaard called 140.0 Acre Tract, said Tract being recorded in Volume 143, Page 508 of the Deed Records of Brazoria County, Texas. Said 64.648 Acre Tract of Land being out of the Stephen F. Austin 7 1/3 League Grant, Abstract 20, Brazoria County, Texas. Said 64.648 Acres being more particularly described by metes and bounds as follows on Exhibit "A" attached hereto. (Also known as BCAD # 150317)*

*Tract B:*

*The surface and surface only of a parcel of land containing 9.615 acre tract. Being a 9.615 acre tract of land, being all of the S. J. Matula called 7,578 acre tract, said tract being a portion of the George Melgaard called 140.0 acre tract, as recorded in Volume 143, Page 508, Deed Records of Brazoria County, Texas, and also a*



THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office. Given under my hand and seal of the court in my lawful custody and possession, JOYCE HUDMAN, BRAZORIA COUNTY CLERK
DEPUTY

*portion of the S. J. Matula called 28.50 acre tract, said Matula tract being the South ½ of Tract 11D of the Stephen F. Austin 7 1/3 League Grant, Abstract No. 20, Brazoria County, Texas. Said 9.615 acre tract being more fully described by metes and bounds as follows on Exhibit "A" attached hereto. (Also known as BCAD # 619719)*

IT IS FURTHER ORDERED, that the Defendant and all persons occupying the Property in any manner, if any, will leave and vacate the Property permanently within ten (10) days of the date of this judgment, each taking his or her personal property, including all livestock, but leaving all improvements, buildings, fixtures, and appurtenances to the Property.

If any person fails or refuses to vacate the Property, by the date specified in this judgment, the Plaintiff is authorized, on written request therefor, to obtain a Writ of Possession for the Property, and to coordinate with the sheriff or any constable to take all actions that are reasonably necessary to have those persons ejected. Accordingly, the sheriff or any constable is authorized and directed to take any and all necessary actions, including, but not limited to, the use of reasonable force to enter and remain on the Property, which includes, but is not limited to, the land, the buildings, and any structures located thereon, for the purpose of executing this judgment. The sheriff or any constable is further authorized and directed to arrest and/or evict from the Property, any and all persons who obstruct, attempt to obstruct or interfere or attempt to interfere in any way with the execution of the order to vacate.

If any person fails or refuses to remove his or her personal property, including livestock from the Property by the time specified herein, the personal property remaining on the Property, including livestock, hereafter is deemed forfeited and abandoned and the Plaintiff is authorized to remove it and to dispose of it in any manner Plaintiff sees fit, including sale, in which case the proceeds of the sale are to be applied to this Judgment.

Any attempt to reenter the Property after the expiration of ten (10) days after entry of this Judgment could subject that person to be found in contempt of the Court, and such contempt could be punishable by a fine, incarceration, or both. The Clerk of this Court, shall provide notice of the Judgment to the Defendant in accordance with the requirements of Tex. Rules of Civil. Proc., Rule 306a(3). The Plaintiff, in coordination with any constable or sheriff, may provide notice of this Judgment to any other resident of the Property by hand delivery, or by leaving it in a prominent location at the Property.


THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office. Given under my hand and seal of the court in my official custody and possession, JOYCE HUDMAN, BRAZORIA COUNTY CLERK
DEPUTY

Until Defendant vacates the Property, Defendant will take reasonable steps necessary to preserve the Property (including any and all buildings, improvements, fixtures and appurtenances on the Property) in its current condition. Defendant will not commit waste against the Property, nor shall he cause or permit anyone else to do so. Defendant will not do anything that tends to reduce the value or marketability of the Property, nor will he cause or permit anyone else to do so. Defendant will not record any instruments or liens against the Property, publish any notice, or engage in any other action that may directly or indirectly tend to adversely affect the value of the Property or cause or permit anyone else to do so.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff have and recover from Defendant the following:

1.      its damages for lost rents from November, 2014 to January 2018,  in the amount of $ 2,475.44;

2.      its attorney's fees reasonably and necessarily incurred in the prosecution and trial of this case in the amount of $ 29,273.55; and,

3.      if this case is appealed by the Defendant to the Texas Court of Appeals,  additional attorney's fees in the amount of $15,000.00; and,

4.      if Defendant appeals this case to the Texas Supreme Court by the filing of and application or petition for review by that court, additional attorney's fees in the amount of $5,000.00; and,

5.      if Defendant's appeal to the Texas Supreme Court is accepted by the Supreme Court, additional attorney's fees in the amount of $5,000.00; for a total judgment of $ 56,687.10, together with interest thereon at the rate of 5% per annum from the date of judgment until paid, provided that of no appeal is taken by the Defendant, this judgment shall be credited with the amounts of attorney's fees awarded for defense of any appeals of this judgement; it being further,

ORDERED, that pursuant to the provisions of Texas Rule of Civil Procedure 510.11, the Plaintiff shall have and recover from JERRY M. RUSSELL and JOHN CROWELL, the sureties on the  Appeal Bond filed by the Defendant, in the perfection of his appeal of this case from the justice of the peace court,  in the sum of Ten Thousand and No/100 Dollars ($10,000.00), which sum, when paid, shall be credited against the judgement rendered against the Defendant herein; it being further,



THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office. Given under my hand and seal of the court in my lawful custody and possession, JOYCE HUDMAN, BRAZORIA COUNTY CLERK
BY _____ DEPUTY

ORDERED, that Plaintiff have and recover from Defendant, all court costs incurred in this cause; it being further,

ORDERED, that execution shall issue to enforce this judgement, and all writs and processes necessary for the enforcement of this judgment, including but not limited to the issuance of a Writ of Possession for the Property, and Writ(s) of Execution as required fort the collection of this judgement, or the costs of court awarded herein, may issue as requested by Plaintiff.

It is further ORDERED that the Notice of Lis Pendens dated March 21, 2016, and filed of record by the Defendant under Clerk's File No. 2016-012416 in the Brazoria County Official Record, asserting a claim in this case to title to the Property, a matter of which this Court has no jurisdiction, be and same is hereby expunged, cancelled and set aside pursuant to TEX. PROP. CODE ANN Sections 12.0071 and 12.008.

All relief not expressly granted herein is denied.

THIS IS A FINAL JUDGMENT AND APPEALABLE AS SUCH.

Signed on ___June 1___, 2018.

_Jerry Lee Miles_
Presiding Judge

S160321

THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office. Given under my hand and seal of the court in my lawful custody and possession, JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By _____ DEPUTY



# EXHIBIT "A"



THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file in
my office. Given under my hand and seal of the court in
my lawful custody and possession, JOYCE HUDMAN,
BRAZORIA COUNTY CLERK
BY _____ DEPUTY

 **FIELD NOTES**   ATTACHMENT 1

64.648 Acres
Stephen F. Austin 7 1/3 League Grant, Abstract 20
Brazoria County, Texas
07-07-98 MS (INMATA-255)

**TRACT A:**

Being a 64.648 Acre Tract of Land, a portion of which is out of the George Melgaard called 140.00 Acre Tract, said Tract being recorded in Volume 143, Page 508 of the Deed Records of Brazoria County, Texas. Said 64.648 Acre Tract of Land being out of the Stephen E. Austin 7 1/3 League Grant, Abstract 20, Brazoria County, Texas. Said 64.648 Acres being more particularly described by metes and bounds as follows:

BEGINNING at a 1" iron pipe, found in the West line of State Highway No. 521, said iron pipe being the Southeast corner of a called 25.00 Acre Tract, known as Tract 11B, said iron pipe also bears South 559.00 feet from the Southeast corner of the George E. Badge called 59.00 Acre Tract, known as Tract 11A, said iron pipe being the most Easterly North corner of this 64.648 Acre Tract;

THENCE South 582.85 feet along the West line of said Stage Highway No. 521, to a 1" iron pipe found in said 28.50 Acre Tract, said Tract being the South-half of Tract 11D, said iron pipe being the most Easterly South corner of this 64.648 Acre Tract;

THENCE South 89° 36' 19" West, (called West), 3407.29 feet along the North line of said Matula Tract to a ½" iron rod found for an angle point;

THENCE South 89° 41' 47" West, 922.91 feet, (called West, 924.70 feet), to a ½" iron rod found in the West line of said Melgaard Tract for the Southwest corner of this 64.648 Acre Tract;

THENCE North 00° 39' 10" West, 895.65 feet (called North 00° 01' 44.1" West, 895.525 feet), along the West line of said Melgaard Tract, to a 1" iron pipe found at the Northwest corner of said Melgaard Tract for the Northwest corner of this 64.648 Acre Tract;

THENCE South 89° 40' 56" East, 928.07 feet (called South 89° 33' 26.5" West, 928.27 feet), along the North line of said Melgaard Tract to a ½" iron rod found at the Northeast corner of said Melgaard Tract for the most Northerly East corner of this 64.648 Acre Tract;

THENCE South 00° 22' 04" East (called South 00° 01' 44.1" East), 313.02 feet to a 1" iron pipe found at the Southwest corner of said Tract 11B for the an interior corner of this 64.648 Acre Tract;

THENCE North 89° 36' 25" East (called East), 3410.32 feet along the South line of said Tract 11B to the PLACE OF BEGINNING, and containing 64.648 Acres of Land, more or less.

*Max R Hagan*

**MAX L. HAGAN**
Registered Professional Land Surveyor No. 957

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be
inadequate for the best photographic reproduction because
of illegibility, carbon, or photo copy, discolored paper, etc.
All blockouts, additions and changes were present at the
time the instrument was filed and recorded

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____ Deputy

THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file in
my office. Given under my hand and seal of the court in
my lawful custody and possession, JOYCE HUDMAN,
BRAZORIA COUNTY CLERK

By _____ DEPUTY

ATTACHMENT 2

## FIELD NOTES
9.615 Acre Tract
Portion of the George Melgaard 140 Acre Tract
Stephen F. Austin 7 1/3 League Grant
Abstract No. 20
Brazoria County, Texas
05-25-99 LE (FNMATA 520)

**TRACT B:**

Being a 9.615 acre tract of land, being all of the S.J. Matula called 7.578 acre tract, said tract being a portion of the George Melgaard called 140 acre tract as recorded in Volume 143, Page 508, Deed Records, Brazoria County, Texas, and also a portion of the S.J. Matula called 28.50 acre tract, said Matula tract being the South ¼ of Tract 11D of the Stephen F. Austin 7 1/3 League Grant, Abstract No. 20, Brazoria County, Texas. Said 9.615 acre tract being more fully described by metes and bounds as follows:

BEGINNING at a ½" iron rod found in the West line of said Melgaard tract, said rod bears South 00° 19' 10" West, 895.65 feet, called South 00° 01' 44" West, 895.53 feet, along a fence line along said West line of said Melgaard tract from a 1" iron pipe found at the Northwest corner of said Melgaard tract, said rod being at the Northwest corner of the S.J. Matula called 7.578 acre tract of said Melgaard tract, for the Northwest corner and TRUE PLACE OF BEGINNING of this 9.615 acre tract;

THENCE North 89° 41' 47" East, called East, 922.91 feet along the North line of said Matula called 7.578 acre tract to a ½" iron rod found at the Northeast corner of said Matula called 7.578 acre tract, said rod being the Northwest corner of said Matula called 28.50 acre tract, for an angle point of this 9.615 acre tract;

THENCE North 89° 36' 19" East, called East, 249.09 feet along the North line of said Matula called 28.50 acre tract to a ½" iron rod set for the Northeast corner of this 9.615 acre tract;

THENCE South 00° 18' 11" East, 357.60 feet to a ½" iron rod set in a fence line along the South line of said Matula called 28.50 acre tract for the Southeast corner of this 9.615 acre tract;

THENCE South 89° 48' 24" West, 249.63 feet along a fence line along the said South line of said Matula called 28.50 acre tract to a 1" iron pipe found at the Southwest corner of said Matula called 28.50 acre tract, said rod being the Southeast corner of said Matula called 7.578 acre tract, for an angle point of this 9.615 acre tract;

THENCE South 89° 37' 58" West, 925.31 feet, called West, 923.27 feet, along a fence line along the South line of said Matula called 7.578 acre tract to a ½" iron rod found at the Southwest corner of said Matula called 7.578 acre tract, said rod being in the West line of said Melgaard tract, for the Southwest corner of this 9.615 acre tract;

THENCE North 00° 09' 11" West, 357.80 feet, called North 00° 01' 44" West, 357.34 feet, along a fence line along the West line of said Matula called 7.578 acre tract, same being the West line of said Melgaard tract, to the PLACE OF BEGINNING, containing 9.615 acres of land, more or less.

_____
MAX L. HAGAN
Registered Professional Land Surveyor No. 537

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____ Deputy

THE STATE OF TEXAS
COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office. Given under my hand and seal of the court in my lawful custody and possession, JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By: _____ DEPUTY

ENTERED
07/09/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL ANDREW McCANN, | § | CASE NO. 18-33152-H4-7 |
| | § | (Chapter 7) |
| Debtor. | § | |

## ORDER STRIKING PLEADING
### [Ref. Doc. No. 15]

On July 5, 2018, at 2:00 p.m. this Court held a hearing on the Plaintiff's request for preliminary injunction and on the Defendant's Emergency Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and (6). The Defendant, Spencer Plantation Investments, Ltd., appeared by and through counsel, and the Debtor/Plaintiff, Michael Andrew McCann, appeared in person, pro se. The Defendant presented evidence. The Plaintiff presented no evidence. After closing arguments by counsel for the Defendant and by the Plaintiff, the Court made oral findings of fact and conclusions of law on the record, which are hereby incorporated in this order, and for the reasons stated on the record, it is:

ORDERED, that the pleading titled Emergency Notice of Probable Contempt of Federal Jurisdiction and filed on June 29, 2018 (Doc. No. 15) is hereby STRICKEN.

SIGNED, this 6th day of _____ July _____, 2018.

_____
JUDGE JEFF BOHM
U.S. BANKRUPTCY JUDGE

1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 1 6 2018

David J. Bradley, Clerk of Court

IN RE:                          §
                                §   CASE NO: 18-33152
Michael Andrew McCann           §
                                §   CHAPTER 7
        Debtor                  §

**TO THE HONORABLE JUDGE JEFF BOHM:**

## <u>EMERGENCY MOTION FOR AN ORDER TO VOID TEXAS COURT ORDERS AND PROCESSES WHICH WERE ISSUED AFTER AUTOMATIC STAY</u>

Comes now, Michael Andrew McCann, and motions this court to void Texas court orders or processes which were issued after June 6, 2018, in violation of the automatic stay which is granted by the filing in this court.

1.  On June 6, 2018, a petition for bankruptcy was filed in the U. S. Bankruptcy Court, Southern District of Texas, Houston, cause number 18-33512-JB.

2.  McCann had two state court issues open at the time of the filing.

3.  Both the Texas County court suit and the Texas State District court suit involved McCann and Spencer Plantation

4.  Attorneys for Spencer Plantation Investments, Ltd., Patterson and Rau were noticed of the bankruptcy no later than June 11, 2018.

5.  Spencer Plantation was noticed by noticing its attorneys, Patterson and Rau.

6.  On June 13, 2018, the Brazoria County Clerk issued a Writ of Possession for McCann's possessory rights in property.

7.  On June 25, 2018, a hearing was held in the 239th District court, Cause No. 96820-CV. McCann was told an Order issued as a result of this hearing.

1

McCann motions this Court, pursuant to 11 U.S.C. §362 (a)(1)(2)(3)(4)(5) and (6), to void any order, writ or other process that was issued in any court after June 6, 2018.

Michael Andrew McCann
P. O. Box 66
Brazoria, Texas 77422
(979) 299-4080)

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that I have served a true and correct copy of the above

and foregoing document by U. S. Postal Service on July 16, 2018 to:

Joseph Patterson
120 West Myrtle Street
Angleton, Texas 77515

Michael Andrews McCann

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:

**Michael Andrew McCann**                                    **CASE NO. 18-33152**
    **Debtor**

                                        **Chapter 7**

**ORDER ON EMERGENCY MOTION BY MICHAEL ANDREW McCANN FOR AN**
**ORDER TO VOID ORDERS, WRITS OR PROCESSES WHICH WERE ISSUED AFTER**
**JUNE 6, 2018 VIOLATING THE AUTOMATIC STAY**

IT IS ORDERED that after considering the Emergency Motion for an Order to Void Orders and
processes issued after June 6, 2018 in Texas county and state courts, that the Motion is Granted.

All orders, writs or processes issued in any Texas county or state court after the filing of the
bankruptcy petition in this court on June 6th, 2018 are hereby declared void.

SO ORDERED

≠ ≠ ≠

ENTERED
07/19/2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **MICHAEL ANDREW MCCANN,** | § | **Case No. 18-33152** |
| | § | |
| **Debtor.** | § | **Chapter 7** |
| | § | |

**ORDER: (1) *SUA SPONTE* RETROACTIVELY ANNULLING THE AUTOMATIC
STAY TO THE DATE OF THE FILING OF THE DEBTOR'S CHAPTER 7 PETITION;
AND (2) DENYING THE DEBTOR'S EMERGENCY MOTION FOR AN ORDER TO
VOID TEXAS COURT ORDERS AND PROCESSES WHICH WERE ISSUED AFTER
AUTOMATIC STAY**
[Doc. Nos. 1, 21]

## I.     Procedural and Factual Background

On June 6, 2018, the Debtor, representing himself *pro se*, filed a Chapter 7 petition (the

"Petition Date"). [Doc. No. 1]. This is the Debtor's seventh bankruptcy filing since 1996, and

his fifth bankruptcy filing since 2013. Thus, the Debtor has once again obtained the benefit of

the automatic stay. He has initiated his more recent cases in an effort to thwart Spencer

Plantation Investments Ltd. ("Spencer") from taking possession of certain real property located

in Brazoria County, Texas, that the Debtor formerly owned (the "Property"). Spencer purchased

the Property from the IRS on October 21, 2014, as a result of the Debtor failing to pay taxes to

the IRS. The Debtor has never recognized this legitimate sale and has fought tooth and nail to

thwart the IRS's attempts to sell the Property and, once the IRS sold it to Spencer, to thwart

Spencer's taking possession of the Property. Attached to this *sua sponte* Order as **Exhibit A** is a

copy of a pleading that Spencer filed in this Court setting forth in detail all of the Debtor's

numerous attempts over the past several years to thwart the IRS and Spencer.[1]   It is no

---

[1] The footnotes in this pleading cite to specific lawsuits and bankruptcies initiated by the Debtor, and also cite
rulings made by various state and federal judges. The Court notes that: (1) this pleading was filed in an adversary

understatement to say that the Debtor has spent substantial time attempting to prove—unsuccessfully—that the IRS has wronged him and that Spencer has no right to the Property.

The bankruptcy cases that the Debtor has filed, with one exception, have all been dismissed due to his failure to comply with various provisions of the Bankruptcy Code and Bankruptcy Rules.[2] Attached to this *sua sponte* Order as **Exhibit B** is a chart showing the sordid history of all of the Debtor's prior bankruptcy cases.  Now, in the most recent filing, the Debtor is once again taking improper actions.  First, on June 20, 2018, he filed an adversary proceeding against Spencer when he had no standing to do so.  [Adv. Proceeding No. 18-03168, Doc. No. 1].  The Court therefore dismissed this adversary proceeding.  [Adv. Proceeding No. 18-03168, Doc. No. 16].  Second, on July 16, 2018, the Debtor filed a pleading entitled "Emergency Motion to Void Texas Court Orders and Processes Which Were Issued After Automatic Stay" (the "Motion").  [Doc. No. 21].  The Motion is fairly skeletal, but the Court construes it as containing allegations by the Debtor that state courts in Brazoria County, Texas, have violated the automatic stay with respect to the rights that the Debtor believes he has in the Property.  In the last paragraph of the Motion, which this Court construes as the prayer paragraph, the Debtor requests this Court "to void any order, writ or other process that was issued in any court after June 6, 2018."  [*Id.* at 2 of 2].  Indeed, the Debtor's proposed order contains the following language: "All orders, writs or processes issued in any Texas county or state court after the filing of the bankruptcy petition in this court on June 6th, 2018 are hereby declared void."  [Doc. No. 21-1].  For the reasons set forth below, the Court now denies the Motion and, additionally, *sua sponte* annuls the automatic stay, retroactively to the Petition Date.

---

proceeding that the Debtor filed in this pending Chapter 7 case; and (2) the Court granted the relief requested by Spencer—which was to dismiss the adversary proceeding.  [Adv. Proceeding No. 18-03168, Doc. No. 16].

[2] In the one case that was not dismissed (Case Number 04-38909), the Debtor's discharge was expressly denied under 11 U.S.C. § 727 due to his fraudulent acts.  [Case. No. 04-38909, Doc. No. 55].

## II.      Applicable Law Regarding the Automatic Stay

Upon the filing of a bankruptcy petition, 11 U.S.C. § 362(a) imposes the automatic stay. 11 U.S.C. § 362(d)(1) sets forth that the stay can be terminated, annulled, modified, or conditioned "for cause."  The Fifth Circuit instructs that "cause" under 11 U.S.C. § 362(d)(1) for lifting the automatic stay is "a term not defined in the statute so as to afford flexibility to the bankruptcy courts." *Little Creek Dev. Co. v. Commonwealth Mortg. (In re Little Creek Dev. Co.)*, 779 F.2d 1068, 1072 (5th Cir. 1986).  One of the factors that *Little Creek* sets forth that this Court may consider in evaluating "cause" are the motives of the debtor. *Id.*  Further, the Fifth Circuit noted that cause to lift the stay may exist where there is a two-party dispute involving the debtor. *Id.* at 1073.

## III.      Application of the Law to the Matter at Bar

Here, such conditions exist.  The Debtor is using this pending case to thwart Spencer's legitimate right to take possession of the Property.  First, he improperly filed the adversary proceeding seeking a declaratory judgment that the IRS never had any ownership interest in the Property and that therefore Spencer has no right to the Property.  Second, the Debtor has now improperly filed the Motion, which has caused this Court once again to spend time dealing with the Debtor's constant and illegitimate attempts to impede Spencer's efforts to take possession of the Property.

The Debtor's tactics in filing the Motion are essentially intended to intimidate the state courts of Brazoria County, Texas, from issuing orders and writs that will assist Spencer in taking possession of the Property.  This Court will not allow the Debtor to abuse the bankruptcy process in this fashion.  11 U.S.C. § 105 sets forth that this Court, *sua sponte*, may take any action necessary or appropriate to prevent an abuse of the bankruptcy process.  Therefore, pursuant to

its powers under 11 U.S.C. § 105(a) and in accordance with *Little Creek*, this Court finds that "cause" exists to retroactively annul the automatic stay so that any orders issued by Brazoria County courts since the Petition Date—and any actions taken by law enforcement officers to carry out those orders—are deemed **not** to have violated the automatic stay.  The Court notes that it may take this action without actually giving notice to the Debtor and holding a hearing. 11 U.S.C. § 102(1)(A); *see also In re Tara Hills, Inc.*, 234 F. App'x 432, 433 (9th Cir. 2007) (internal citations omitted) ("Bankruptcy courts clearly have the authority to annul retroactively the automatic stay.  The debtor contends, however, the court erred by doing so without notice and hearing.  We disagree.  The court entered its order sua sponte 'to eliminate any vestiges of the abuse of process' committed by the debtor's filing of a bad faith petition.  Bankruptcy courts are statutorily authorized to issue orders sua sponte 'to prevent an abuse of process.'").

The Debtor has a history of using the Bankruptcy Code as both a sword and a shield: he has filed numerous petitions and benefitted from the shield of the automatic stay while failing to comply with the fundamental requirements of the Code, thereby using the process as a sword. Indeed, consistent with his misconduct in his prior cases, the Debtor has filed incomplete schedules in this pending Chapter 7 case.  For example, he has scheduled his dental license from the State of Texas but failed to set forth the current value of this asset, as he is required to do.  As another example, in response to Item 33 (Claims Against Third Parties) on his Schedule B, he has represented that he has a "claim to property," but fails to set forth the current value of this claim, as he is required to do.  The Debtor's conduct, taken as a whole, constitutes severe abuse of the bankruptcy process, and it must now be stopped.  This Court will not allow the Debtor to use the bankruptcy system to carry on his unfounded delay tactics against Spencer and his

4

attempts to intimidate the Brazoria County courts and law enforcement officers. That is why the Court issues this order.

## IV.    Conclusion

Accordingly, it is:

ORDERED that the automatic stay is retroactively annulled to the Petition Date with respect to any orders and writs issued by Brazoria County courts that in any way relate to the Property; and it is further

ORDERED that any orders and writs relating in any way to the Property issued by Brazoria County courts on or after the Petition Date are deemed **not** to have violated the automatic stay; and it is further

ORDERED that any actions taken by any law enforcement officers to carry out any orders and writs relating to the Property issued by Brazoria County courts on or after the Petition Date are deemed **not** to have violated the automatic stay; and it is further

ORDERED that the Motion is denied in its entirety; and it is further

ORDERED that all relief requested by the Debtor in the Motion is denied; and it is further

ORDERED that this order is effective immediately; and it is further

ORDERED that the Clerk of Court shall send a copy of this order to the Debtor at the following address:  P.O. Box 66, Brazoria, Texas 77422.


Signed on this 19th day of July, 2018.

Jeff Bohm
United States Bankruptcy Judge

5

0487

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL ANDREW McCANN,** | § | **CASE NO. 18-33152-H4-7** |
| | § | **(Chapter 7)** |
| Debtor. | § | |

| | | |
|---|---|---|
| **MICHAEL ANDREW McCANN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | **ADV. P. NO. 18-3168** |
| | § | |
| **SPENCER PLANTATION INVESTMENTS,** | § | |
| **LTD.,** | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT'S EMERGENCY MOTION TO DISMISS
### UNDER FED. R. CIV. P. 12(b)(1) AND (6)

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED UPON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT RECEIVED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQEUSTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**



TO THE HONORABLE JEFF BOHM, U.S. BANKRUPTCY JUDGE:

COMES NOW, SPENCER PLANTATION INVESTMENTS, LTD. (the "Defendant"), and makes this Defendant's Emergency Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and (6), as incorporated by Fed. R. Bankr. P. 7012, and would show the Court as follows:

## I.

### Jurisdiction and Constitutional Authority

1. The Defendant has no standing to bring the claims in the adversary, and therefore, this Court has no jurisdiction over the subject matter. The Court does have jurisdiction to determine its own jurisdiction though.

2. This is not a core proceeding. This Court does not have the Constitutional authority to enter a final judgment in this adversary proceeding, and the Defendant does not consent to entry of a final judgment. This Court should make recommended findings of fact and conclusions of law to the district court regarding any final order or judgment.

## II.

### Relief Requested

3. The Defendant asks this Court to dismiss this adversary proceeding for want of jurisdiction and for failure to state a claim upon which relief may be granted.

## III.

### Background Facts

4. The Debtor is a serial filer in the bankruptcy courts. In his first bankruptcy filed in 2004, the Debtor was denied a discharge under section 727 for having failed to disclose assets and having engaged in a pattern of racketeering activity in violation of 18 U.S.C. § 1961, *et seq.*
*Huntington National Bank v. McCann*, C.A. No. 06-cv-872 (opinion filed in Case No. 04-38909

Case 4:18-cv-02505   Document 2-1   Filed in TXSD on 08/14/18   Page 96 of 107
Case 18-03168   Document 7   Filed in TXSB on 07/02/2018   Page 3 of 13
0489

at Doc. No. 55), *Aff'd, Huntington National Bank v. McCann*, Case No. 06-20488 (5th Cir.

3/7/08)(opinion filed in C.A. No. 06-cv-872 at Doc. No. 70). The Debtor has littered the state

court system with frivolous lawsuits and has been held to be a vexatious litigant in the state court

system. All of the Debtor's litigation and bankruptcy abuse centers around one issue – the

Debtor's refusal to pay his federal income taxes. The Debtor failed to pay in excess of $2.6

million in federal income taxes and did not want to suffer the consequences of that failure to pay

his taxes. As a result, the Debtor abused the litigation and bankruptcy processes to slow the

seizure of the real property at issue in this adversary for years[1], abused the litigation and

bankruptcy processes in challenging the Defendant's ownership of the real property rightfully

acquired at the IRS' sale of the property[2], abused the litigation and bankruptcy processes in

---

[1] The IRS' initial public sale of the Property was set to occur on February 5, 2013. On February 4, 2013, the Debtor filed Case No. 13-30609-H4-13 (the "2013-1 Case") pro se, acting as a stay of the tax sale. On April 22, 2013, this Court entered an order dismissing the 2013-1 Case. The Debtor appealed the dismissal order to the District Court. On December 6, 2013, Judge Lynn Hughes entered an order dismissing the Debtor's appeal.

On July 26, 2013, while the appeal of the dismissal order in the 2013-1 Case was still pending, the Debtor filed Case No. 13-34513-H4-13 (the "2013-2 Case") pro se. In that case, the Debtor filed a "Motion for Adversary Hearing" against the Internal Revenue Service (Doc. No. 20). This Court denied that motion, because the Debtor failed to file an adversary proceeding. On September 10, 2013, this Court entered an order dismissing the 2013-2 Case.

On November 12, 2013, again while the appeal of the dismissal order in the 2013-1 Case was still pending, the Debtor filed Case No. 13-80466-H4-7 (the "2013-3 Case") pro se. On January 2, 2014, this Court entered an order dismissing that case for failure to take the required credit counseling course.

The IRS rescheduled and renoticed the tax sale for March 10, 2014.

On March 5, 2014, the Debtor filed two Chapter 7 bankruptcy petitions the same day, pro se – one in the Galveston Division Case No. 14-80094-G3-7 (the "2014-1 Case") and one in the Houston Division Case No. 14-31348-H4-7 (the "2014-2 Case"). On March 10, 2014, this Court entered an order transferring the 2014-2 Case to Judge Paul to be administered with the 2014-1 Case. On March 11, 2014, Judge Paul entered an order granting the IRS' motion for confirmation that the automatic stay was not in effect (thus did not impact the IRS' sale of the Property on March 10, 2014 to the Defendant). On August 18, 2014, Judge Paul entered an order dismissing the 2014-1 Case. The Debtor appealed that order, and on September 28, 2015, Judge Lynn Hughes issued an opinion affirming the dismissal order, pointing out the Debtor's six bankruptcy cases all dismissed for deficiencies.

The Debtor had also, during these time periods, filed numerous cases in Tax Court, all of which were dismissed.

[2] On December 22, 2014, the Debtor filed a petition in state district court, the 23rd Judicial District, Brazoria County, Texas (Cause No. 79855-CV) pro se, seeking to quiet title to the Property (the "Quiet Title Suit"). The Debtor named both the IRS and the Defendant to that suit. On January 20, 2015, the IRS removed the Quiet Title

3

challenging the Defendant's right to possession of the property[3], and now as a last resort seeks to abuse the bankruptcy process one last time to stop execution of the state court's judgment of possession in favor of the Defendant.[4]

    5.  Yet despite all of the Debtor's horrifically sanctionable conduct over the years, the Defendant begs this Court to focus on the few central factual and legal issues salient to this

---

Suit to the United States District Court, Southern District of Texas, Houston Division under C.A. 15-cv-162 (the "Removed Quiet Title Suit"). The IRS filed a motion to dismiss the claims against it, and on July 23, 2015, the Judge Gilmore entered an order dismissing the Debtor's claims against the IRS and remanding the case against the Defendant back to the Brazoria County District Court. The Debtor moved for reconsideration of Judge Gilmore's order, which was denied. The Debtor then appealed the dismissal order to the Fifth Circuit Court of Appeals, which eventually dismissed the Debtor's appeal for his failure to pay a court ordered sanction.

    The Defendant filed a motion for summary judgment in the state district court after remand, and on January 25, 2016, the state district judge entered a summary judgment against the Debtor and in favor of the Defendant dismissing the Debtor's claims and ordering that the Debtor's lis pendens be removed from the real property records.

    The Debtor appealed the final summary judgment to the Houston Court of Appeals, First District. On February 28, 2017, the First Court of Appeals affirmed the trial court. In its opinion, the Court of Appeals held "We conclude that Spencer met its burden to disprove an essential element of McCann's suit to quiet title by establishing that its claim to the property is valid." *McCann v. Spencer Plantation Investments, Ltd.*, 2017 Tex. App. LEXIS 1683 *12, 2017 WL 769895 (Tex. App. – [1st Dist.] 2/28/17, pet. denied). The Debtor moved for rehearing, which the Court of Appeals denied. The Debtor filed a petition for review with the Texas Supreme Court, which the Supreme Court denied. On December 15, 2017, the Texas Supreme Court denied the Defendant's motion for rehearing, exhausting all appeals of the Quiet Title Suit.

[3] After obtaining the Quitclaim Deed to the Property from the IRS, the Defendant filed a forcible entry and detainer lawsuit in the Justice of the Peace Court in Brazoria County, Texas to gain possession of the Property from the Debtor. On December 29, 2014, the Justice of Peace Court entered a judgment of possession in favor of the Defendant. The Debtor appealed that judgment to the County Court at Law No. 1 of Brazoria County, Texas in Cause No. CI52465 (the "Eviction Suit") pro se on the grounds that he was the "rightful owner" of the Property. On April 8, 2016, after a nonjury trial on the merits, the County Court at Law ruled in favor of the Defendant, but held entry of judgment in abeyance until all appeals of the Quiet Title Suit were exhausted.

    On January 11, 2018, after the Quiet Title Suit's appeals were final, the Defendant moved for entry of final judgment in the Eviction Suit. On February 7, 2018, the Debtor removed pro se the Eviction Suit to the United States District Court for the Southern District of Texas, Galveston Division in C.A. No. 18-cv-0033. On April 24, 2018, District Judge Hanks entered an order remanding the case back to the Brazoria County, County Court at Law No. 1. On June 1, 2018, the County Court entered its final judgment of possession and for damages in favor of the Defendant. On June 11, 2018, the County Court entered an amended final judgment. The Debtor has filed a Notice of Appeal of that final judgment of possession. On June 13, 2018, the Brazoria County Clerk issued a writ of possession, and on June 28, 2018, the Brazoria County Constable's Office executed on that writ of possession.

[4] On May 16, 2018, the Debtor filed yet another lawsuit against the Defendant in the 239th Judicial District Court of Brazoria County, Texas pro se making ownership claims based on the same arguments that he has raised and lost in all of the other litigation.

0491

adversary, listed below.  The Debtor does not provide all of the detail of the central facts, but he admits to them generally.

a.  The IRS assessed federal income taxes against the Debtor of some $2.6 million for tax years 1996 – 1999, 2003, 2004, and 2006.

b.  The Debtor failed and refused to pay the federal income taxes assessed against him.

c.  In October of 2012, the IRS exercised its collection rights under 26 U.S.C. § 6331 to levy on and seize the real property at issue.

d.  In March of 2014, after years of legal battles with the Debtor, the IRS was able to conduct the sale of the real property, and it was sold to the Defendant.

e.  After four years of frivolous litigation by the Debtor challenging the Defendant's ownership and possession of the property, resulting in a reported opinion by the Texas Court of Appeals (petition denied by the Texas Supreme Court) holding that the Defendant rightfully owns the property, the Defendant finally obtained a judgment of possession and writ of possession to the property.

6.  The Debtor's adversary complaint raises only three causes of action – conversion, violation of the 8th Amendment to the U.S. Constitution, and a request to vacate the Defendant's deed to the property.  Based on these causes of action, the Debtor has asked this Court to enter a temporary injunction against the Defendant's exercise of the writ of possession.

## IV.

### Why the Relief Should be Granted

#### A. The Complaint Fails to State a Claim Upon Which Relief May Be Granted.

7. Rule 12(b)(6) of the Federal Rules of Civil Procedure allows a party to move for dismissal of an action for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6) made applicable by Fed. R. Bankr. P. 7012. A claim may be dismissed either because it asserts a legal theory that is not cognizable as a matter of law, or because it fails to lend sufficient facts to support a cognizable legal claim. *See, e.g., SmileCare Dental Group v. Delta Dental Plan of Cal., Inc.*, 88 F.3d 780, 783 (9th Cir. 1996). To survive a Rule 12(b)(6) motion, "[f]actual allegations must be enough to raise a right to relief above the speculative level" and into the "realm of plausible liability." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 557 n.5 (2007); *see also Gonzalez v. Kay*, 577 F.3d 600, 603 (5th Cir. 2009).

8. In *Twombly*, the Supreme Court recognized that Rule 12(b)(6) must be read in conjunction with Rule 8(a)(2), which requires a "short and plain statement of the claim showing that the pleader is entitled to relief." *Twombly*, 550 U.S. at 555; *see* Fed. R. Civ. P. 8(a)(2). To meet this rule, the Supreme Court requires well-plead facts such that these facts allow the court to infer more than the mere possibility of misconduct. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009)). Each allegation must be simple, concise, and direct. Fed. R. Civ. P. 8(d)(1); Fed. R. Bankr. P. 7008(a).

9. Although a plaintiff is not required to include "detailed factual allegations" in a complaint, "a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions." *Id.* at 555; *see also Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) ("Rule 8…demands more than an unadorned, the-defendant-unlawfully-

harmed-me accusation."). *Twombly*, 550 U.S. at 555.   Thus, a "formulaic recitation of the elements of a cause of action will not do."   Nor may a complaint merely offer "naked assertion[s]" devoid of "further factual enhancement." *Id.* at 557.   Rather, to overcome a motion to dismiss, a complaint must "contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face." *Iqbal*   at 1949.   A claim has "factual plausibility" when the plaintiff pleads factual content that allows the court to draw the reasonable inference that a defendant acted unlawfully and requires "more than the sheer possibility that a defendant has acted unlawfully." *Id.* When the pleaded facts "do not permit the court to infer more than the mere possibility of misconduct, the complaint has alleged -- but it has not 'show[n]' — 'that the pleader is entitled to relief.'" *Id.* at 1950 (quoting Fed. R. Civ. P. 8(a)(2)).

10. In assessing the sufficiency of a complaint in the context of a Rule 12(b)(6) motion, the Supreme Court in *Iqbal* established a two-step approach.   First, a court should identify and disregard conclusory allegations in the complaint because they are "not entitled to the assumption of truth."   *Id.* Second, a court should consider the well-pleaded factual allegations in the complaint to "determine whether they plausibly give rise to an entitlement to relief." *Id.*

11. In this case, the only specific facts that the Debtor has pleaded are: (a) in 2012 the Debtor obtained title to the property by warranty deed, (b) on March 10, 2014, the IRS held a tax sale of the Debtor's property, (c) the Defendant purchased the property at the IRS' tax sale and obtained title to the property by quitclaim deed from the IRS, (d) the IRS' deed to the property was executed by the authority granted to it under section 6338 of the Internal Revenue Code, (e) Defendant has been issued a writ of possession from the courts of Brazoria County, Texas, and (f) the Defendant "continues to press the courts to convert Plaintiff's private property for its own

Case 4:18-cv-02505   Document 2-1   Filed in TXSD on 08/14/18   Page 101 of 107
Case 18-03168   Document 7   Filed in TXSB on 07/02/2018   Page 8 of 13
0494

use." All of Debtor's other allegations in his complaint are conclusory allegations that this Court should not consider.

### i.  Vacating a Deed is Not a Cause of Action.

12. This Court should dismiss the Debtor's claim to "vacate Defendant's quitclaim deed." The Debtor's request that the Court vacate the Defendant's quitclaim deed is not a cause of action, but a remedy that must flow from a cause of action. The Debtor's only other causes of action pleaded are conversion and violation of the 8th Amendment, neither of which carry a remedy of vacating a deed. This is simply not a cognizable cause of action under Texas law.

13. Even if vacating a deed were a cause of action recognized under Texas law, there are no specific facts pleaded that would support this claim. In fact, from the facts pleaded in the complaint, there is no cause to vacate the deed. The Debtor expressly pleads and admits that the deed was executed under section 6338 of the Internal Revenue Code, which section grants the IRS authority to issue a deed following a seizure and sale of property under section 6331. The fact that the IRS is not in the "chain of title" is wholly irrelevant if the deed was from a tax sale under section 6331. This Court should dismiss this claim.

### ii.  Complaint Fails to Plead Facts to Support Conversion.

14. This Court should dismiss the Debtor's conversion claim. Conversion is a common law cause of action under Texas law. To allege conversion, a plaintiff must allege facts that show that the defendant is wrongfully exercising dominion and control over another's property in denial of or inconsistent with his rights. *Waisath v. Lack's Stores, Inc.*, 474 S.W.2d 444, 446 (Tex. 1971). The elements of conversion are: (1) the plaintiff owned, had legal possession of, or was entitled to possession of the property; (2) the defendant assumed and exercised dominion

8

and control over the property in an unlawful and unauthorized manner, to the exclusion of and inconsistent with the plaintiff's rights; and (3) the defendant refused the plaintiff's demand for return of the property. *Hunt v. Baldwin*, 68 S.W.3d 117, 132 (Tex. App. – Houston [14th Dist.] 2001, no pet.); See also *Freezia v. IS Storage Venture, LLC*, 474 S.W.3d 379, 386 – 87 (Tex. App. – Houston [14th Dist.] 2015, no pet.).

15. The Debtor has not alleged sufficiently specific facts to show that he owned the property, had legal possession of the property, or was entitled to possession of the property. In fact, the Debtor's allegations plead him out of conversion on the face of the complaint. The Debtor admits that the Defendant, by way of quitclaim deed, holds whatever title the Debtor had at the time of the quitclaim deed. Further, the Debtor admits that the quitclaim deed was the result of a tax sale by the IRS under the Internal Revenue Code. Finally, the Debtor admits that the Defendant has been issued a writ of possession by the Brazoria County, Texas court. These facts show that the Debtor does not own the property, does not have legal possession of the property, and is not entitled to possession of the property. The Defendant's possession is the result of execution by a County Constable of a writ of possession, which by its nature is a lawful possession. The Debtor's complaint fails to state a claim of conversion and should be dismissed.

### iii. Claim Under 8th Amendment is Not Cognizable Claim.

16. This Court should dismiss the Debtor's claim for violation of the Eighth Amendment. In addition to having already been rejected by the First Court of Appeals in the Debtor's appeal of the Quiet Title Case, the claim is not a cognizable claim. The Eighth Amendment's prohibition of cruel and unusual punishments "was proscribing 'tortures' and other 'barbarous' methods of punishment." *Gregg v. Georgia*, 428 U.S. 153, 170, 96 S. Ct. 2909 (1976). This

means, at least, that the punishment not be "excessive" or "must not be grossly out of proportion to the severity of the crime." *Id.* at 173.  There is no excessive punishment or criminal sanctions involved in this matter.   Further, there is no private cause of action under the Eighth Amendment.  A plaintiff must allege a claim under section 1983 for a private cause of action under the Eighth Amendment.  Although the Debtor has not alleged a claim under section 1983, there would be no set of facts that the Debtor could allege that could possibly state a claim against Defendant under 42 U.S.C. § 1983.  A plaintiff must allege two elements to make a claim under section 1983: (1) a right that is secured by the Constitution or laws of the United States was violated, and (2) the alleged violation was committed by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48, 108 S. Ct. 2250 (1988). The Debtor does not meet either element in his complaint. Regardless of Defendant's alleged violation, Defendant's conduct does not constitute actions "under color of state law" since they are not "fairly attributable to the State." *See Lugar v. Edmondson Oil Co., Inc.*, 457 U.S. 922, 937, 102 S. Ct. 2744 (1982). "Careful adherence to the 'state action' requirement preserves an area of individual freedom by limiting the reach of federal law and federal judicial power." *Lugar*, 457 U.S. at 936. In other words, the Debtor's alleged deprivation of rights are "protected only against infringement by governments," not against private companies. *Id.*  Here, the Defendant is a private company and thus not a state actor.

17. The Debtor is free to bring a claim against the IRS under section 1983 for a violation of the Eighth Amendment, but he cannot bring such a claim against the Defendant.  The claim is not a cognizable claim against the Defendant and it should be dismissed.

iv.   **Complaint Fails to State a Claim Upon Which Injunctive Relief May be Granted.**

18. This Court should dismiss the Debtor's equitable claim for an injunction, whether preliminary or permanent. There are four necessary prerequisites for the "extraordinary remedy" of a preliminary injunction. *See Texans for Free Enter. v. Texas Ethics Comm'n*, 732 F.3d 535, 536 (5th Cir. 2013). To prevail, the applicant must demonstrate: (1) a substantial likelihood of success on the merits; (2) a substantial threat that the movant will suffer irreparable injury if the injunction is denied, and that there is no adequate remedy at law, such as monetary damages; (3) the threatened injury outweighs any damage that the injunction might cause the defendant; and (4) that the injunction will not disserve the public interest. *See Janvey v. Alguire*, 647 F.3d 585, 595 (5th Cir. 2011); *Texans for Free Enter.*, 732 F.3d at 536; *PCI Transp. Inc. v. Fort Worth & W. R.R. Co.*, 418 F.3d 535, 545 (5th Cir. 2005); *Women's Med Ctr. of Northwest Houston v. Bell*, 248 F.3d 411, 418-20 (5th Cir. 2001); *Affiliated Prof'l Home Health Care Agency v. Shalala*, 164 F.3d 282, 285 (5th Cir. 1999) (per curiam) (internal citation omitted); *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987). The denial of a preliminary injunction will be upheld where the movant has failed to establish *any one* of the four criteria. *See Black Fire Fighters Ass'n v. City of Dallas, Tex.*, 905 F.2d 63, 65 (5th Cir. 1990) (emphasis in original); *see also PCI Transp.*, 418 F.3d at 545 (a preliminary injunction is an extraordinary remedy which should not be granted unless the party seeking it has clearly carried the burden of persuasion on all four requirements); *Bluefield Water Ass'n Inc. v. City of Starkville, Miss.*, 577 F.3d 250, 252-53 (5th Cir. 2009). Injunctive relief is an extraordinary remedy that requires the applicant to unequivocally show the need for its issuance. *See Valley v. Rapides Parish School Bd.*, 118 F.3d 1047, 1050 (5th Cir. 1997). The movant has the burden of introducing sufficient evidence to justify the grant of a preliminary injunction. *PCI Transp.*, at 546. The party seeking relief must satisfy a cumulative

11

burden of proving each of the four elements enumerated before a temporary restraining order or preliminary injunction can be granted. *Mississippi Power and Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621 (5th Cir. 1985); *Clark v. Prichard,*, 812 F.2d 991, 993 (5th Cir. 1987).

19. The Debtor has not pleaded sufficient facts to show a substantial likelihood of success on the merits of his underlying claims. There is absolutely no allegation in the complaint that the Debtor will suffer irreparable injury if the injunction is denied or that he has no adequate remedy at law such as monetary damages. The Debtor has not alleged that execution of the writ of possession outweighs the damages that the injunction might cause the Defendant. Finally, the Debtor has not alleged that the injunction will not disserve the public interest. Without allegations to support the elements of a preliminary injunction, and without allegations to support the underlying causes of action, this Court must dismiss the Debtor's claim for injunctive relief.

### B. The Court Should Dismiss the Adversary Under Fed. R. Civ. P. 12(b)(1) for Want of Jurisdiction.

20. This Court should dismiss the Debtor's claims for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1), because the Debtor has no standing to bring these claims. "The federal courts are under an independent obligation to examine their own jurisdiction, and standing 'is perhaps the most important of [the jurisdictional] doctrines.'" *FW/PBS, Inc. v. City of Dallas,* 493 U.S. 215, 231, 110 S. Ct. 596 (1990) (citation omitted). Standing cannot be inferred from statements made in the pleadings, but must affirmatively appear in the record. *Id.* The party seeking to invoke jurisdiction bears the burden of clearly alleging facts demonstrating that he is the proper party to invoke a judicial resolution of the dispute. *Id.*

21. In this case, the Debtor does not have standing to bring the claims in the complaint against the Defendant. The Debtor's claims seek to protect rights that the Debtor is claiming in certain non-exempt real property he contends that he had an interest in prior to filing the Chapter

12

7 case.  Under section 541(a), any rights that the Debtor may have had in the real property at issue became property of the estate.  Of course, the Defendant contends that the Debtor had no rights in the property at issue on the petition date, but even if the Debtor had some right, that right now belongs to Randy Williams, the Chapter 7 Trustee of the Debtor's estate.  Only Mr. Williams has standing to bring the claims that the Debtor has brought in the adversary.  Without standing, there is no jurisdiction.  This Court should dismiss this adversary proceeding under Rule 12(b)(1).

WHEREFORE, PREMISES CONSIDERED, the Defendant, SPENCER PLANTATION INVESTMENTS, LTD., respectfully requests that this Court grant this motion and dismiss the adversary proceeding with prejudice.

Respectfully submitted,

WAUSON ♦ PROBUS

By:    /s/ Matthew B. Probus
        **Matthew B. Probus**
        TBA# 16341200
        Fed. I.D. # 10915
        mbprobus@w-plaw.com

One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 telephone
(281) 242-0306 facsimile

*ATTORNEYS FOR DEFENDANT,*
*SPENCER PLANTATION INVESTMENTS, LTD.*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the plaintiff, Michael Andrew McCann, at P.O. Box 66, Brazoria, Texas 77422, via United States first class regular mail, postage prepaid, on this 2nd day of July, 2018.

/s/ Matthew B. Probus
Matthew B. Probus

13

0500

# EXHIBIT B

| Date of Filing | Case Number | Type of Case | Date of Dismissal Order | Reasons for Dismissal |
|---|---|---|---|---|
| Mar. 6, 1996 | 96-42034 | Chapter 13 | June 10, 1997 | Failure to make payments to the Trustee |
| June 25, 2004 | 04-38909 | Chapter 7 | n/a | Debtor's discharge was denied |
| Feb. 4, 2013 | 13-30609 | Chapter 13 | Apr. 22, 2013 | Failure to make payments to Trustee; failure to attend meeting of creditors; failure to file tax returns; failure to file plan; failure to file FICA and FUTA returns |
| July 26, 2013 | 13-34513 | Chapter 13 | Sept. 10, 2013 | Failure to file required documents |
| Nov. 12, 2013 | 13-80466 | Chapter 7 | Jan. 2, 2014 | Failure to take required credit counseling course |
| Mar. 5, 2014 | 14-31348 (subsequently assigned number 14-80094) | Chapter 7 | Aug. 18, 2014 | Failure to file a creditor mailing matrix |